IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RICKY L. GRICE, #142526,        )
TIMOTHY WATTERS, #117621     )
TOREY BEASLEY, #232790       )
CENTORIAN NANCE, #184699    )
                           )        2:07cv198-T
    v.                  )    CIVIL ACTION NO. ~~2:07-CV-189MHT~~
                           )
KATHERINE BLANCO, et al.,      )
                           )
      Defendants.        )

**O R D E R**

Ricky L. Grice, Timothy Watters, Torey Beasley and Centorian Nance, Alabama

inmates presently confined at a private correctional facility in Louisiana, filed this 42

U.S.C. § 1983 action challenging the legality of their transfer to the Louisiana facility and

the constitutionality of the conditions of confinement to which they are subjected at such

facility. Inmate Grice is the only inmate to provide the court with a motion to proceed *in*

*forma pauperis* pursuant to the provisions of 28 U.S.C. § 1915(a)(1) and (2), and the

requisite financial information in support of such motion. However, the Prison Litigation

Reform Act of 1996 requires "each individual prisoner to pay the full amount of the

required [filing] fee." *Hubbard v. Haley, et al.*, 262 F.3d 1194, 1195 (11th Cir. 2001).

Consequently, multiple prisoners are not entitled to enjoin their claims in a single cause of

action. *Id.* Accordingly, the Clerk of this court is hereby DIRECTED to:

    1. Open four (4) separate civil actions - one for each inmate who signed the instant

complaint.  The Clerk is advised that the case number of the present cause of action shall be assigned to Ricky L. Grice.

2.  Assign the newly opened cases to the Magistrate Judge and District Judge to which the instant cause of action is assigned.

3.  Place the original complaint (Court Doc. No. 1) and motion for leave to proceed *in forma pauperis* submitted by inmate Grice in the instant case file.

4.  Place a copy of the complaint (Court Doc. No. 1) in each newly opened case.

Done this 6th day of March, 2006.


_____ /s/ Charles S. Coody _____
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE