# IN THE UNITED STATES DISTRICT COURT FOR RECEIVED
## THE MIDDLE DISTRICT OF ALABAMA

2:07 cv 198 -T    2007 MAR -2 A 10:02

**CIVIL ACTION NUMBER:** ___2:07CV189-mht___  RA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

**BY CLERK.**

**RICKY L. GRICE #142526**
**TIMOTHY WATTERS #117621**
**TOREY BEASLEY #232790**
**CENTORIAN NANCE #184699**      et. al.,
Plaintiffs,


vs.


**KATERINE BLANCO,  GOVERNOR OF LOUISIANA,**
**PAT LE BLANC, OWNER OF SOUTH LOUISIANA**
**CORRECTIONAL CENTER, INC.**
**BOB RILEY, GOVERNOR OF ALABAMA,**
**RICHARD ALLEN, ALABAMA PRISON COMMISSIONER,**
Defendants.

| | |
|---|---|
| **Ricky Grice #142526**<br>S.L.C.C., BC-4<br>3843 Stagg Ave.<br>Basile, La.  70515 | **Gov.  Katherine Babineaux Blanco**<br>**State of Louisiana,**<br>**Office of the Governor**<br>**Post Office Box 94004**<br>**Baton Rouge, La.  70804-9004** |
| **Timothy Watters, #117621**<br>S.L.C.C., BC-4<br>3843 Stagg Ave.<br>Basile, La.  70515 | **Pat Le Blanc,**<br>**S.L.C.C.**<br>**3843 Stagg Ave.**<br>**Basile, La.  70515** |
| **Torey Beasley #232790**<br>S.L.C.C., BC-4<br>3843 Stagg Ave.<br>Basile, La.  70515 | **Governor Bob Riley,**<br>**600 Dexter Ave.**<br>**Montgomery, Alabama.  36104** |
| **Centorian Nance #184699**<br>S.L.C.C., W-4<br>3843 Stagg Ave.<br>Basile, La.  70515 | **Richard Allen, Commissioner**<br>**A.L.D.O.C. - Legal Division**<br>**101 S. Union St.**<br>**Montgomery, Alabama.  36104** |

## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA

RICKY GRICE
TIMOTY WATTERS,                          )
TOREY BEASLEY                            )
CENTORIAN NACE                          )
ALABAMA INMATES,        et, al,          )
         Plaintiffs,              )
                                 )     CIVIL ACTION NUMBER:
V.                                        )
                                 )     _____
                                 )
GOV. KATHERINE BLANCO,                   )
OWNER - PAT LEBLANC,                     )
GOV. BOB RILEY,                          )
PRISON COMMISSIONER                      )
RICHARD ALLEN,                           )
IN THEIR INDIVUALLY AND                  )
OFFICIAL CAPACITIES,                     )
         Defendants.              )
                                 )

## JURISDICTION AND VENUE

This is a Civil Action authorized by 42 U.S.C. Section 1983 to redress the deprivation,

under color of State Law, of rights secured by the constitutions of the United States. The Court

has jurisdiction under 28 U.S.C. Section 1331, and 1343 (a)(3). Plaintiffs seeks declaratory

relief pursuant to 28 U.S.C. Section 2201, and 2202. Plaintiffs' claims for injunctive relief are

authorized by 28 U.S.C. Section 2283, and 2284, and Rule 65 of the Federal Rules of Civil

Procedure.

     The U.S. Middle District of Alabama, is an appropriate venue under 28 U.S.C. Section

1391 (b)(2), because it is where the events giving rise to this claim occurred.

     Plaintiffs, 1. Ricky Grice, 2. Timothy Watters, 3. Torey Beasley, and 4. Centorian

Nance, Alabama Inmates et. al. is and was at all time mentioned herein a prisoner of the State of Alabama in custody of the Alabama Department of Corrections. Plaintiffs are currently confined in South Louisiana Correctional Center in Basile, Louisiana.

## DEFENDANTS

1. Defendants 1. Gov. Katherine Blanco, in the Governor of the State of Louisiana, legally responsible for the overseeing of a private institution that, bares the same responsibilities of a State operated facility or institution. She is legally responsible for insuring that a private facility / institution, complies with Louisiana Laws, statutes, and regulations as well as United States Constitution.

2. Defendants Pat LeBlanc, is the owner of LCS, Louisiana Correctional Service Inc., and South Louisiana Correctional Center, of the State of Louisiana. Defendant Pat LeBlanc, is legally responsible for the over all operations of South Louisiana Correctional Center, and each institution under his ownership and authority. The Defendant acting as agents for the State of Alabama, by contract under the Interstate Correctional Compact pursuant to title Section 14-13-3, Code of Alabama 1975.

3. Defendant Governor Bob Riley, is Governor of the State of Alabama. As Governor of the State of Alabama, Defendant Riley has all duties, responsibilities, authority, power, assets, liabilities, property, funds, appropriations, contractual rights and obligations, property rights, and personnel whether accruing or vested that had been vested in the Board of Corrections prior to October 1, 1979. Ala. Code § § 14-15-17 (1975). Defendant Riley is sued in his official capacity as Governor of Alabama.

4. Defendant Richard Allen, is Commissioner of the Alabama Department of Corrections. The Alabama Department of Corrections has all the duties, responsibilities, authority, power,

assets, liabilities, property, funds, appropriations, contractual rights and obligations, property

rights, and personnel whether accruing or vested, which prior to the enactment of Section 14-

1-16, through 14-1-17, of the Code of Alabama, were vested in a Board of Corrections, and

which by virtue of such statutes vested in the Governor of the State of Alabama.

Defendant Allen, is sued in his official capacity, as Commissioner of Alabama

Department of Corrections. Ala. Code § § 14-1-1.1 (1975).

Each defendant is sued individually and in his or her official capacity. At all times

mentioned in this complaint each defendant acted under the color of State Law.

## FACTS

In the months of February and March of 2006, the Plaintiffs and several hundred of

Alabama Inmates were transferred out of the State of Alabama to Pine Prairie, and Basile

Louisiana, by Interstate Corrections Compact. Plaintiffs contends that the defendants violated

Code of Alabama 1975 § 14-1-1.2, § 14-13-1, § 14-13-2, § 14-3-43, § 14-5-2, § 14-5-7, and

Louisiana Statute title 15 chapter 7 § 709(c), by placing the plaintiffs in a private organization /

Facility, known as LCS, owned by Pat LeBlanc. By placing Plaintiffs in the LCS, Facilities in

Louisiana, Alabama prisoners are in the physical custody of the private corporation which asserts

direct control over every aspect of the prisoner's lives, including sleeping, eating, work,

recreation, religious practice, access to legal assistance, discipline, visitation, and medical care.

Defendants Riley, and Allen lack the resources and incentives to control, manage, supervise, or

oversee State Prisoner, once they are exported to another State. LCS, staff is not properly trained

as correctional officers to govern over inmates serving the astronomical amount of time

prescribed by the State of Alabama. The Defendants have placed Plaintiffs in a private facility

with inadequate access to legal materials and severe limited legal publications.

Plaintiffs had up to 6 hours a day access to the exercise yard, in the State of Alabama, to which LCS, when the official permitted a 'yard call' gave (1) hour. The remaining 23 hours of the day are spent in a cramped dorm with inadequate supervision. Fights and assaults would ensue and go undetected. If an inmate had a confrontation, he could not get away from the aggressor due to lack of supervision. The LCS officials are locking up five to seven Alabama inmates in a two (2) man segregation cells. Forcing inmates to sleep on the mattress on the floors by the toilets. At times Alabama and Louisiana inmates were kept in these closed cell together. Medical staff ignored Alabama inmates Medical sick call request. Forcing inmates to have to turn in two or three sick call request on the same issues.

The majority of LCS official are Female and cubical duties place them in front of urinals, toilets and shower areas, which are open viewed areas. Food served to lockdown segregation inmates are not properly stored, therefore each meal is cold. LCS is in dire need of renovation, with astronomical amount of water from rain flooding areas in the dorms causing mildew build up. Alabama inmates families drive the distance to see their relative and are only allowed one visit day, while Louisiana can visit two days. Phone calls are extremely higher than Alabama, and the phone cards sold at LCS, are more expensive than the rates of common competitive rates. The LCS canteens are over charging inmates to make a higher commission, example Legal pads from Stapples are being sold at this facility at $1.65 each, Little Debbie's zebra cake box $4.99. Many items sold on LCS canteens are not name brand items, but are being sold as if they were. LCS facility does not offer vocational training trade schools or many rehabilitative programs in which several Plaintiffs were in attendance in Alabama. The LCS facility is not designed to house inmates serving "Life Sentences", inmates serving time for Rape, Murder, Pedophilia, ect. It is a 90 day institutional / work release. At the time of the transfer the A.D.O.C. was under a

federal court order to release the overcrowding in it's institution, in a mad irrational rush to beat the courts' deadline to relieve the overcrowding to avoid the imposition of additional fines, the Defendants, illegally and without authority entered into a contract with L.C.S. for housing care and control some 500 Alabama inmates. Without any regard to the language of the I.C.C., but was done arbitrarily and capriciously, and with a total disregard to the Plaintiffs' Constitutional Rights of due process and Equal Protection of the Fourteen Amendment of the United States Constitution. Upon Plaintiffs arrival Immigrants at Pine Prairie Institution were viewed sleeping on the floors on mattresses. Also Louisiana inmates at Basile Institution slept on mattresses on their dormitory floors. LCS is overcrowded and both facilities Pine Prairie and Basile are forcing inmates to sleep on several occasions 5,6,7 inmates in a segregation 2 man cell, as punishment ect. Article IV (H), dictates that when an inmate is confined pursuant to the I.C.C., that inmates has any and all rights, status, benefits, and programs, in which he or she could have been participating in if confined in the State of Alabama. Plaintiffs were strip searched in front of female officers at Pine Prairie and lost several personal items that were permitted in Alabama, such as; Radios, headphones, Mach 3 razors, hair brushes, plastic cups, stamps, shaving creams were confiscated after Plaintiffs had already gone through the first initial receiving search upon entering the facility. This strip search and shake down was done as a means to intimidate, and degrade the Plaintiffs by the 'Tag Team' brought in from Basile to Pine Prairie. Plaintiffs were made to stand facing the wall 70 inmates in a shower and restroom area. While these 'Tag Team' official took Plaintiffs personal property from the Plaintiffs Locker Boxes.

Defendant Pat LeBlanc, and his employees are simply 'playing prison' by creating a private facility to house inmates, while reaping a financial benefit. And in his greed, he has accepted inmates whom are violent and have made 'shanks' (prison knives) to protect

themselves or intimidate weaker prisoner, whom are trapped in the dormitory with them. LCS employees are armed with no protective equipment for themselves, or for the protection of a passive inmate. In the month of January 2007, a Alabama and Louisiana inmate had a physical confrontation in the dinning hall, which was being used for a chapel services. The inmates had to restrain the two inmates for the officer. This is common practice in these facilities if the confrontation ever gets noticed by a official. as amended in 1999, Code of Alabama 1975, § 14-1-1.2 prohibits the A.D.O.C. from delegating control, and custody of Alabama prisoners to a private corporation without express, legislative authorization by the passage of Legislation by a majority vote of membership of each house. The Alabama Legislature has not passed any legislation authorizing the D.O.C. to transfer custody and control of 500 and more Alabama prisoners to a private corporation. Not only did the Defendants illegally transfer it's inmates to another State, but the A.L.D.O.C. failed to comply with the requirement of the I.C.C. subjecting the Petitioners to Cruel and Unusual punishment, and even more severe overcrowding than we were subjected to in Alabama. Transferring Plaintiffs and other Alabama inmates out of Alabama into the control and custody of a private Corporation was made unlawful by Alabama Legislature in 1928 when it banned the leasing of convicts to a private persons or corporations.

Plaintiffs reallege and incorporate by reference paragraphs one (1) through (7) seven.

## COUNT I

The Transfer of the Plaintiff's to L.C.S. INC. exceeded the authority of Code of Alabama § 14-1-1.2, § 14-3-43, § 14-13-1 et, seq. § 14-15-17,§ 14-5-2 Louisiana Statute Title 15, § 709,[C], due process and equal protection of the (14th.) Fourteenth Amendment, and the (1st.) first and (8th.) Eight Amendments of the U.S. Constitution.

## COUNT II

Code of Alabama 1975, § 14-1-1.2, prohibits the defendants, Bob Riley, and Richard Allen, from delegating authority, and Control of Alabama Inmates to any non-governmental organization Without Passage of Legislation by a majority vote of member of each house.

## COUNT III

Code of Alabama 1975, § 14-13-1 et, seq. does not *Authorized* the defendants to contract with an out of State Private Facility.

## COUNT IV

Code of Alabama 197, § 14-3-43, requires removal of convicts to be within the confines of the State of Alabama due to urgent necessity.

## COUNT V

Code of Alabama 1975, § 14-5-2, prohibits the leasing of Alabama prisoners to any entity for any purpose.

## COUNT VI

Title 15 § 709(C), of the Louisiana Statutes prohibits the housing of out of State inmates in a private facility, with Louisiana inmates if the out of State inmates would be classified as

maximum custody under Louisiana guidelines.

## COUNT VII

The actions of the defendants have exceeded the Legislative authority delegated to the
defendants as set out above, and has subjected the Plaintiffs to deprivation of adequate access to
Legal material as well as inadequate time in the Law Library of (7) seven hours per week in a
space that has only (2) two chairs, and the Plaintiffs are held in an environment where the
opportunity for exercise, and fresh air are well below adequate, and the plaintiffs are being
housed in an environment that has deprived them of the rights, benefits privileges, programs as
those occurred by the inmates in the Alabama Institution from where they were transferred, the
Plaintiffs have been subjected to an environment which is not only hostile, by a private
organization that has an established record of negligence, abuse and mistreatment of prisoners,
but also the staff are improperly trained and supervision of the dorms are next to nil, the
Plaintiffs are being forced to pay prices for products on the canteen, that are as much as three-
hundred (300%) mark-up.

There are no opening windows for fresh air where we spend 23 hours a day sitting idle
creating tension among the inmates due to the stress of being so far from our families with no
opportunity for visits in most cases. The dorms are in need of repair, and not one meets the
A.D.A. Standards. Under a totality of conditions the Plaintiffs are being subjected to Cruel and
Unusual Punishment in violation of the First (1st.) and Eighth (8th.) and Fourteenth (14th.)
Amendments of the U.S. Constitution Article I § 6 of the Alabama Constitution as enforced
under 42 U.S.C. § 1983.

## COUNT VIII

The defendants have violated Plaintiffs First Amendment Rights, regarding Mail, by the defendants who open 'Legal Mail' outside the presence of the inmate, return mail to sender without informing the inmate of when or why the mail is being returned and by confiscating allegedly unauthorized items that have been mailed in such as pens, stamped envelopes, the Legal Mail is being 'held' more than 24 hours for no legitimate reason, 'No Legal Mail' is passed out on every other Monday, and Every other Friday, this practice is unconstitutional and very harmful due to time limits for the filing of responses. The defendants found contraband in one inmates Incentive Package, and used that single incident to return the rest of the remaining packages that had not been distributed. The Notary Service is one (1) day a week, certified mail must be paid for by your account, and no provision is made for indigents who don't have money, but do have stamps with which to certify mail. The defendants censorship of outgoing mail at this institution violates, ***Bressman v Farrier***, 825 F.Supp 231 [N.D. Iowa 1993], and at least one Alabama Inmate has been placed in lock-up, for a letter written to the media that was confiscated and never was mailed, because it made comments about the illegality of the transfer.

## COUNT IX

The defendants have violated the Plaintiff's 8th. Amendments right of the U.S.

Constitution by :

1.  Housing Alabama inmates with Louisiana Inmates:

2.  Allowing Louisiana and Alabama Inmates to exercise together:

3.  Housing Alabama and Louisiana Inmates together when the Louisiana Inmates have the

    following diseases:        A).    Tuberculosis

                               B).    Herpes

                               C).    HIV /AIDS

4.  Allowing Louisiana Inmates with the above diseases to prepare the food and work in the

    kitchen without any testing what so ever:

5.  The defendants have negligently and willfully violated the Plaintiffs 8th. Amendment Rights

    in this regard, in violation of Cruel and Unusual Punishment.

## PRAYER FOR RELIEF

Wherefore, Plaintiffs pray this Court to grant:

1. Compensatory damage jointly and severally against each defendant in the amount of ($10, 000.00) ten thousand dollars:

2. Punitive damage jointly severally against each defendant amount to be set by Jury:

3. Nominal damage jointly severally against each defendant in the Sum of ($1.00) one dollar:

4. Set this case for a trial by Jury:

5. Award Court cast against defendants:

6. A enduring injunction against the defendants to refrain from future transfers to out of State private Facilities:

7. An Injunction enjoining the defendants from any further actions of denial of adequate health care, denial of access to Legal resources, the housing of out of State prisoners with Louisiana inmates:

8. An Injunction enjoining the defendants from enforcement of the illegal contract:

9. Order the Plaintiffs to be returned to the Alabama Institutions they were at prior to the transfer:

10. Any and all other relief deemed appropriate.

## CERTIFICATE OF SERVICE

We hereby certify that we have served upon the Clerk of this Court (4) four copies of the foregoing to be served by the clerk or other authorized person upon the defendants listed below, by placing them in the prison mail box, U.S. Mail, first class, postage pre-paid and addressed to, Clerk of the Court, P.O. Box 711, Montgomery, Alabama. 36101-0711.

On this _14_ day of _February_____, 2007.


_____          _____
Ricky Grice                              Timothy Watters


_____          _____
Tory Beasley                             Centorian Nance



Exhibit O-A                                                    Inmate Copy

ALABAMA DEPARTMENT OF CORRECTIONS - PROGRESS REVIEW FORM - OCTOBER 4, 2006
==========================================(COU122)==============================
AIS #: 00181935S    SSN: 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   RACE/SEX: W/M   DATE OF BIRTH: 05/12/1959
NAME: PRIVETT, ROYCE                   CUSTODY: MED9  SECURITY LEVEL: 4
INST: S LOUISIANA COR CTR (MALE)       TIME SRVD: 12Y02M08 LAST DISC:
CRME: SODOMY I                         MIN REL DT: 99/99/9999 ACTIVE DET:  0

DISC: HAS RECEIVED NO DISCIPLINARIES PRL CONS:   05/01/2010 EDUCAT LEV: 12

WL/PGM:_____   PRIM OCCUP:LABORER - WRECKING,CONSTRUCTIO

RECOMMENDED INSTITUTION: _SLCC_____ RECOMMENDED CUSTODY:_MED_

JUSTIFICATION: Annual Program review - Serving 3 Consecutive
Life sentence for Sodomy I X 2 and Rape I. Also has 10 yrs.
CS for Sexual Abuse X 4. No disciplinaries in over 12 yrs. Served
Good adjustment but not eligible for less restrictive
setting or custody due to nature of offense

_____

_____

_____

_____

I CERTIFY ENEMY LIST WAS REVIEWED AND UPDATED:              APP. S/L:____

_____   ____      _____   _____
CLASSIFICATION SPECIALIST        DATE      WARDEN OR DESIGNEE     DATE
                                           O. Coleman   10-19-06

_____   ____      _____   _____
PSYCHOLOGIST/PSYCHOLOGIST'S ASSOC. DATE    CLASSIFICATION COORDINATOR DATE

                      CENTRAL REVIEW BOARD ACTION

____ APPROVED ___ DENIED; DIVERTED TO: _____   REASONS: _____

_____         _____

                                                CRB MEMBER            DATE

____ APPROVED ___ DENIED; DIVERTED TO: _____   REASONS: _____

_____         _____

                                                CRB MEMBER            DATE

____ APPROVED ___ DENIED; DIVERTED TO: _____   REASONS: _____

_____         _____

                                                CRB MEMBER            DATE

FINAL DECISION: INST _SLCC_ CUSTODY _MED_ DATE _10-19-06_____

DATE INMATE INFORMED: _____ INMATE'S SIGNATURE: _____


                                            COMPLETED
                                               by
                                            OCT 26 2006

```
                    ALABAMA DEPARTMENT OF CORRECTIONS          INST:    017
                    INMATE SUMMARY AS OF 02/18/2005            CODE: LRSUM
```

```
*******************************************************************************
```

    J180281R   INMATE: DEAN, WILLIE EDDIE JR          RACE: B  SEX: M

    .: 017 - RCC                            DORM:  00  JAIL CR: 001Y 06M 09D

JOB: 08/15/1964  SSN: 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

ALIAS: BRAYBOY, TERRY                   ALIAS: DEAN, WILLIE EDWARD

ALIAS: JORDAN, WILLIE                   ALIAS: JORDAN, WILLIE DE

ALIAS: KELLEY, WILLIE                   ALIAS: KELLY, WILLIE

ADM DT: 08/28/2000 DEAD TIME: 000Y 00M 00D

ADM TYP: LIFE SENTENCE                  STAT: REMOVED FROM SEGREGATION

CURRENT CUST: MED-9   CURRENT CUST DT: 10/20/2000  PAROLE REVIEW DATE: FEB 2015

SECURITY LEVEL: (4) FOUR

SERVING UNDER ACT446 LAW IN CLASS IV      CURRENT CLASS DATE:   08/28/2000
INMATE IS EARNING : PROHIBITED FROM EARNING GOODTIME

| COUNTY | SENT DT CASE NO CRIME | | JL-CR | TERM | |
|--------|----------------------|--|-------|------|--|
| MADISON | 08/28/00 N99001281 BURGLARY I | | 05540 | LIFE | CS |
| | CTS 1 & 3 | | | | |
| | ATTORNEY FEES : $002374    HABITUAL OFFENDER : N | | | | |
| | COURT COSTS   : $0000601    FINES : $0000000 | | RESTITUTION : $0000065 | | |
| MADISON | 08/28/00 N99001281 ATTEMPTED MURDER | | 05540 | LIFE | CS |
| | CT 2 | | | | |
| MADISON | 08/28/00 N99001281 KIDNAPPING I | | 05540 | LIFE | CS |
| | CT 4 | | | | |

| TOTAL TERM | MIN REL DT | GOOD TIME BAL | GOOD TIME ACT 81920 | LONG DATE |
|------------|-----------|---------------|---------------------|-----------|
| LIFE | 00/00/0000 | | | 99/9999 |

INMATE LITERAL:
*******************************************************************************

DETAINER WARRANTS SUMMARY
    INMATE CURRENTLY HAS NO DETAINER WARRANT RECORDS
*******************************************************************************

ESCAPEE-PAROLE SUMMARY

    INMATE CURRENTLY HAS NO PAROLE RECORDS

    INMATE CURRENTLY HAS NO PROBATION 754 RECORDS

    INMATE HAS NO ESCAPES FROM ADOC SINCE OBSCIS RECORDING B

CONTINUED ON NEXT PAGE

AA-2

CBR716-3

ALABAMA DEPARTMENT OF CORRECTIONS
INMATE SUMMARY AS OF 02/18/2005

INST:   017
CODE:  CRSUM

******************************   CONTINUATION   ****************************

AIS: 00180281R   INMATE: DEAN, WILLIE EDDIE JR                RACE: B   SEX: M

****************************************************************************

DISCIPLINARY/CITATION SUMMARY

>> DISCIPLINE: 06/20/2002  TIME LOST: 00Y00M00D   CUST FROM MED9 TO MED9
   DISCIPLINE TYPE: MAJOR                AT INST: 067    RULE NUMBER: 62
   RETAINED DAYS: 0000   SEQ #: 01   RULE LIT: INT. CREATE SECURITY/SAFETY/HEALT

*Exhibits A*

ALABAMA DEPARTMENT OF CORRECTIONS
INMATE SUMMARY AS OF 03/28/2005

INST: 024
DOC: CRSUM

CBR716-3

AIS: 00142526R   INMATE: GRICE, RICKY                    RACE: B   SEX: M

INST: 024 - LIMESTONE CORRECTIONAL CENTER   DORM: 00   JAIL CR: 000Y C2H C30

DOB: 11/17/1962   SSN: 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

ALIAS: GRICE, RICKY L                       ALIAS: GRICE, RICKY LANCEY

ADM DT: 01/09/1986 DEAD TIME: 000Y 00M 00D

ADM TYP: (LIFE SENTENCE)                     STAT: REMOVED FROM SEGREGATION

CURRENT CUST: MIN-9   CURRENT CUST DT: 06/21/1996   PAROLE REVIEW DATE: - NONE -

SECURITY LEVEL: (4) FOUR

SERVING UNDER ACT446 LAW IN CLASS IV        CURRENT CLASS DATE:   12/04/1985
INMATE IS EARNING : PROHIBITED FROM EARNING GOODTIME

| COUNTY  | SENT DT   | CASE NO   | CRIME  | JL-CR | TERM |    |
|---------|-----------|-----------|--------|-------|------|----|
| HOUSTON | 12/04/85  | N85000647 | MURDER | 0063D | LIFE | CS |

| TOTAL TERM | MIN REL DT | GOOD TIME BAL | GOOD TIME REV | LONG DATE  |
|------------|------------|---------------|---------------|------------|
| LIFE       | 00/00/0000 |               |               | 99/99/9999 |

INMATE LITERAL:

DETAINER WARRANTS SUMMARY
    INMATE CURRENTLY HAS NO DETAINER WARRANT RECORDS

ESCAPEE-PAROLE SUMMARY

    INMATE CURRENTLY HAS NO PAROLE RECORDS

    INMATE CURRENTLY HAS NO PROBATION 754 RECORDS

    INMATE HAS NO ESCAPES FROM ADOC SINCE OBSCIS RECORDING B

DISCIPLINARY/CITATION SUMMARY

  >> DISCIPLINE: 09/09/2004  TIME LOST: 00Y00M00D   CUST FROM MIN9 TO MIN9
     DISCIPLINE TYPE: MAJOR                AT INST: 069   RULE NUMBER: 91
     RETAINED DAYS: 0000   SEQ #: 08   RULE LIT: CONSPIRE TO VIOLATE DOC INSTIT. R

  >> DISCIPLINE: 03/18/1998  TIME LOST: 00Y00M00D   CUST FROM MIN9 TO MIN9
     DISCIPLINE TYPE: MAJOR                AT INST: 024   RULE NUMBER: 57
     RETAINED DAYS: 0000   SEQ #: 07   RULE LIT: SEXUAL OFFENSE (NONFORCIBLE)/SOLI

  >> DISCIPLINE: 01/11/1995  TIME LOST: 00Y00M00D   CUST FROM MED9 TO MED9
     DISCIPLINE TYPE: MAJOR                AT INST: 024   RULE NUMBER: 74
     RETAINED DAYS: 0000   SEQ #: 16   RULE LIT: FIGHTING WITH A WEAPON
                          CONTINUED ON NEXT PAGE

*A-1*

1040

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

AIS: 00117621R   INMATE: WATTERS, TIMOTHY                RACE: B   SEX: M

INST: 354 - PINE PRAIRIE COR CTR (LA)    DORM:   00   JAIL CR: 000Y 05M 23D

DOB: 12/26/1958   SSN: 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                  PREVIOUS AIS: 0000Z349

ALIAS: WATTERS, TIM ARNOLD            ALIAS: WATTERS, TIMOTHY ARN

ADM DT: 06/01/1977 DEAD TIME: 000Y 00M 00D

ADM TYP: (LIFE SENTENCE)              STAT: REMOVED FROM SEGREGATION

CURRENT CUST: MED-    CURRENT CUST DT: 05/10/1982   PAROLE REVIEW DATE: - NONE -

SECURITY LEVEL: (4) FOUR

THIS INMATE IS SERVING UNDER OLD LAW AND HAS BEEN SENTENCED UNDER ACT446 LAW

| COUNTY | SENT DT | CASE NO | CRIME | JL-CR | TERM | |
|--------|---------|---------|-------|-------|------|---|
| JEFFERSON | 02/02/77 | 76000729 | ROBBERY | 0173D | LIFE | CS |
| JEFFERSON | 05/25/77 | 76000730 | MURDER I | 0000D | LIFE | CS |
| JEFFERSON | 03/19/82 | 76000731 | MURDER I | 1814D | LIFE | CS |
| ELMORE | 07/25/84 | N84000177 | PROMOTING PRISON CONTRABAN | 0000D | LIFE | CC |
| | COURT COSTS | : $0000000 | FINES : $0000000 | RESTITUTION : $0000230 | | |

| TOTAL TERM | MIN REL DT | GOOD TIME BAL | GOOD TIME REV | LONG DATE |
|------------|------------|---------------|---------------|-----------|
| LIFE | 00/00/0000 | | | 99/99/9999 |

INMATE LITERAL:
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

DETAINER WARRANTS SUMMARY
    INMATE CURRENTLY HAS NO DETAINER WARRANT RECORDS
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ESCAPEE-PAROLE SUMMARY

    INMATE CURRENTLY HAS NO PAROLE RECORDS

    INMATE CURRENTLY HAS NO PROBATION 754 RECORDS

    INMATE HAS NO ESCAPES FROM ADOC SINCE OBSCIS RECORDING B
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

DISCIPLINARY/CITATION SUMMARY

    >> CITATION: 09/11/1996                    CUST FROM MED9 TO MED9
      CITATION TYPE: BEHAVIOR CITATION      AT INST: 067    RULE NUMBER: 90
    RETAINED DAYS: 0000   SEQ #: 06   RULE LIT: UNDER INFLUENCE OF ALCOHOL OR NAR

    >> DISCIPLINE: 05/11/1995  TIME LOST: 00Y00M00D   CUST FROM MED9 TO MED9
      DISCIPLINE TYPE: MINOR                AT INST: 067    RULE NUMBER: 91
    RETAINED DAYS: 0000   SEQ #: 05   RULE LIT: CONSPIRE TO VIOLATE DOC INSTIT. R

CONTINUED ON NEXT PAGE

CBR716-3

*************************   CONTINUATION   *****************************

AIS: 00117621R   INMATE: WATTERS, TIMOTHY                RACE: B   SEX: M

**********************************************************************

DISCIPLINARY/CITATION SUMMARY

>> DISCIPLINE: 12/27/1989  TIME LOST: 00Y00M00D   CUST FROM MED9 TO MED9
   DISCIPLINE TYPE: MAJOR              AT INST: 067    RULE NUMBER: 43
   RETAINED DAYS: 0000   SEQ #: 04   RULE LIT: HARASSMENT

>> DISCIPLINE: 12/08/1989  TIME LOST: 00Y00M00D   CUST FROM MED9 TO MED9
   DISCIPLINE TYPE: MAJOR              AT INST: 067    RULE NUMBER: 68
   RETAINED DAYS: 0000   SEQ #: 03   RULE LIT: THEFT/DAMAGE/DESTRUCT. OF OTHER'S

>> DISCIPLINE: 12/08/1989  TIME LOST: 00Y00M00D   CUST FROM MED9 TO MED9
   DISCIPLINE TYPE: MAJOR              AT INST: 067    RULE NUMBER: 70
   RETAINED DAYS: 0000   SEQ #: 02   RULE LIT: UNAUTHORIZED POSS. OF OTHER'S PRO

>> DISCIPLINE: 06/09/1983  TIME LOST: 00Y00M00D   CUST FROM MED  TO MED
   DISCIPLINE TYPE: MAJOR              AT INST: 004    RULE NUMBER: 06
   RETAINED DAYS: 0000   SEQ #: 01   RULE LIT: POSS. KNIFE OR ANY STABBING INSTR

```
                        ALABAMA DEPARTMENT OF CORRECTIONS              INST:   354
CBR716-3                INMATE SUMMARY AS OF 03/27/2006                CODE: CRSJM


*******************************************************************************

AIS: 00232790R   INMATE: BEASLEY, TOREY                    RACE: B  SEX: M

INST: 354 - PINE PRAIRIE COR CTR (LA)      DORM:  0D  JAIL CR: 000Y 11M 10D

DOB: 07/21/1982  SSN: 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

ALIAS: BEASLEY, TORY                       ALIAS: COOPER, MARIO

ADM DT: 12/19/2003 DEAD TIME: 000Y 00M 00D

ADM TYP: NEW COMIT FROM CRT W/O REV OF       STAT: (LIFE SENTENCE)

CURRENT CUST: MED-9   CURRENT CUST DT: 02/09/2004  PAROLE REVIEW DATE: JAN 2018

SECURITY LEVEL: (4) FOUR

SERVING UNDER ACT446 LAW IN CLASS IV        CURRENT CLASS DATE:   12/19/2003
INMATE IS EARNING : PROHIBITED FROM EARNING GOODTIME

COUNTY     SENT DT  CASE NO  CRIME                      JL-CR     TERM
JEFFERSON  12/19/03 N03002212 UNLAW BREAKING AND ENTERIN * 0344D 002Y 00M 00D CS
           COURT COSTS  : $0000368    FINES : $0000000   RESTITUTION : $0000050
JEFFERSON  12/19/03 N03002214 ATTEMPTED MURDER            0340D    LIFE     CC
           COURT COSTS  : $0000362    FINES : $0000000   RESTITUTION : $0000050
JEFFERSON  12/19/03 N03002215 ROBBERY I                   0343D 020Y 00M 00D CC
           COURT COSTS  : $0000378    FINES : $0000000   RESTITUTION : $0000050
JEFFERSON  12/19/03 N03002215 THEFT OF PROPERTY I         * 0340D 002Y 00M 00D CC
                              CT 1
           COURT COSTS  : $0000362    FINES : $0000000   RESTITUTION : $0000050
JEFFERSON  12/19/03 N03002215 UNLAW BREAKING AND ENTERIN * 0340D 002Y 00M 00D CC
                              CT 2
JEFFERSON  12/19/03 N03002217 POSS CONTROL SUBSTANCE      * 0340D 002Y 00M 00D CC
                              POSS COCAINE
           COURT COSTS  : $0000354    FINES : $0000000   RESTITUTION : $0001110
JEFFERSON  12/19/03 N03003060 BURGLARY III                * 0331D 002Y 00M 00D CC
           COURT COSTS  : $0000394    FINES : $0000000   RESTITUTION : $0000050

 TOTAL TERM     MIN REL DT     GOOD TIME BAL    GOOD TIME REV     LONG DATE
  LIFE         00/00/0000                                         99/99/9999

INMATE LITERALS
*******************************************************************************

DETAINER WARRANTS SUMMARY
   INMATE CURRENTLY HAS NO DETAINER WARRANT RECORDS
*******************************************************************************

ESCAPEE-PAROLE SUMMARY

   INMATE CURRENTLY HAS NO PAROLE RECORDS



                        CONTINUED ON NEXT PAGE
```

A-3

CBR716-3

ALABAMA DEPARTMENT OF CORRECTIONS          INST:   024
INMATE SUMMARY AS OF 12/10/2003            CODE: CORVK

☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆

AIS: 00184699    INMATE: NANCE, CENTORIAN JEROME        RACE: B   SEX: M

INST: 024 - LIMESTONE CORRECTIONAL CENTER   DORM:  00  JAIL CR: 000Y 04M 24D

DOB: 07/22/197   SSN: 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

ALIAS: "POOH",                      ALIAS: FOSTER, CENTORIAN J

ALIAS: NANCE, C JERMOE

ADM DT: 10/30/1995  DEAD TIME: 000Y 00M 00D

ADM TYP: (LIFE SENTENCE)                STAT: REMOVED FROM SEGREGATION

CURRENT CUST: MIN-9   CURRENT CUST DT: 09/11/2002  PAROLE REVIEW DATE: JUN 2005

SECURITY LEVEL: (4) FOUR

SERVING UNDER ACT446 LAW IN CLASS IV      CURRENT CLASS DATE:   10/30/1995
INMATE IS EARNING : PROHIBITED FROM EARNING GOODTIME

| COUNTY | SENT DT | CASE NO | CRIME | JL-CR | TERM | |
|--------|---------|---------|-------|-------|------|--|
| MADISON | 10/30/95 | N95000743 | MURDER | 0144 | LIFE | CS |
| | | | ATTEMPT TO COMMIT | | | |

ATTORNEY FEES : $000796    HABITUAL OFFENDER : N
COURT COSTS   : $0000373  FINES : $0000000   RESTITUTION : $0032426

| TOTAL TERM | MIN REL DT | GOOD TIME BAL | GOOD TIME REV | • LONG DATE |
|------------|------------|---------------|---------------|-------------|
| LIFE | 00/00/0000 | | | 99/99/9999 |

INMATE LITERAL:
☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆

DETAINER WARRANTS SUMMARY
   INMATE CURRENTLY HAS NO DETAINER WARRANT RECORDS
☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆

ESCAPEE-PAROLE SUMMARY

   INMATE CURRENTLY HAS NO PAROLE RECORDS

   INMATE CURRENTLY HAS NO PROBATION 754 RECORDS

   INMATE HAS NO ESCAPES FROM ALABAMA D.O.C.
   SINCE J.B.S.C.I.S. RECORDING BEGAN IN 1978
☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆

DISCIPLINARY/CITATION SUMMARY

   >> CITATION: 11/21/2003                  CUST FROM MIN9 TO MIN9
     CITATION TYPE: BEHAVIOR CITATION      AT INST: 024    RULE NUMBER: 85
     RETAINED DAYS: 0000   SEQ #: 19   RULE LIT: VIOLATION OF INSTIT. RULES OR REG

CONTINUED ON NEXT PAGE

A-4

CSR716-3

AL  AMA DEPARTMENT OF CORRECTIONS          INST:   024
INMATE SUMMARY AS OF 07/28/2004           CJDE: CORVK

AIS: 002136058R   INMATE: GEORGE, MICHAEL WAYNE          RACE: B  SEX: M

INST: 024 - LIMESTONE CORRECTIONAL CENTER   DURM:  00  JAIL CR: 001Y 03M 12D

DOB: 10/08/1955 /SSN: 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                  PREVIOUS AIS: P0125562

ALIAS: GEORGE, MICHAEL                  ALIAS: GEORGE, RONNIE

ADM DT: 10/24/2000 DEAD TIME: 000Y 00M 00D

ADM TYP: NEW COMIT FROM CRT W/O REV OF    STAT: NEW COMIT FROM CRT W/O REV OF

CURRENT CUST: MED+9   CURRENT CUST DT: 12/26/2000  PAROLE REVIEW DATE: FEB 2009

SECURITY LEVEL: (4) FOUR

SERVING UNDER ACT446 LAW IN CLASS IV      CURRENT CLASS DATE:   10/24/2000
INMATE IS EARNING : PROHIBITED FROM EARNING GOODTIME

COUNTY     SENT DT  CASE NO  CRIME                       JL+CR     TERM
JEFFERSON  10/24/00 N99001122 MURDER                     001YD     LIFE      CS
           COURT COSTS  : $0000965    FINES : $0000000    RESTITUTION : $0000050

(TOTAL TERM)   MIN REL DT    GOOD TIME BAL   GOOD TIME REV   LONG DATE
  LIFE         00/00/0000                                    99/99/9999

INMATE LITERAL: SAP

DETAINER WARRANTS SUMMARY
    INMATE CURRENTLY HAS NO DETAINER WARRANT RECORDS

ESCAPEE-PAROLE SUMMARY

    INMATE CURRENTLY HAS NO PAROLE RECORDS

    INMATE CURRENTLY HAS NO PROBATION 754 RECORDS

    INMATE HAS NO ESCAPES FROM ALABAMA D.O.C.
    SINCE U.S.S.C.I.S. RECORDING BEGAN IN 1978

DISCIPLINARY/CITATION SUMMARY

  >> DISCIPLINE: 07/23/2004  TIME LOST: 00Y00M00D   CUST FROM MED9 TO MED9
     DISCIPLINE TYPE: MAJOR              AT INST: 024   RULE NUMBER: 56
     RETAINED DAYS: 0000   SEQ #: 02   RULE LIT: FAIL TO OBEY A DIRECT ORDER OF DO

  >> DISCIPLINE: 07/23/2004  TIME LOST: 00Y00M00D   CUST FROM MED9 TO MED9
     DISCIPLINE TYPE: MAJOR              AT INST: 024   RULE NUMBER: 57
     RETAINED DAYS: 0000   SEQ #: 01   RULE LIT: INSUBORDINATION

Exhibit A-5

CBR716-3

ALABAMA DEPARTMENT OF CORRECTIONS
INMATE SUMMARY AS OF 06/23/2004

INST:   004
CODE: CDRVK

**************************************************************************

AIS: 00221955    INMATE: CONNER, REGINALD JERMAINE        RACE: B   SEX: M

INST: 004 - DRAPER CORRECTIONAL CENTER      DORM:   00   JAIL CR: 000Y 08M 03D

DOB: 05/24/1983  SSN: 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

ALIAS: "REGGIE",

ADM DT: 03/04/2002 DEAD TIME: 000Y 00M 00D

ADM TYP: NEW COMIT FROM CRT W/O REV OF     STAT: REMOVED FROM SEGREGATION

CURRENT CUST: MED-9   CURRENT CUST DT: 03/29/2002  PAROLE REVIEW DATE: JUN 2016

SECURITY LEVEL: (4) FOUR

SERVING UNDER ACT446 LAW IN CLASS IV      CURRENT CLASS DATE:   03/04/2002
INMATE IS EARNING : PROHIBITED FROM EARNING GOODTIME

COUNTY       SENT DT  CASE NO  CRIME                    JL-CR    TERM
BIBB         03/04/02 N01000089 ROBBERY VI              0243D 025Y 00M 00D CS
             COURT COSTS  : $0000274   FINES : $0000000  RESTITUTION : $0000100

TOTAL TERM     MIN RELI DT    GOOD TIME BAL    GOOD TIME REV    LONG DATE
025Y 00M 00D   06/30/2026     000Y 00M 00D     000Y 00M 00D     06/30/2026

INMATE LITERAL:
**************************************************************************

DETAINER WARRANTS SUMMARY
   INMATE CURRENTLY HAS NO DETAINER WARRANT RECORDS
**************************************************************************

ESCAPEE-PAROLE SUMMARY

   INMATE CURRENTLY HAS NO PAROLE RECORDS

   INMATE CURRENTLY HAS NO PROBATION 754 RECORDS

   INMATE HAS NO ESCAPES FROM ALABAMA D.O.C.
   SINCE O.B.S.C.I.S. RECORDING BEGAN IN 1978
**************************************************************************

DISCIPLINARY/CITATION SUMMARY

>> DISCIPLINE: 06/21/2004  TIME LOST: 00Y00M00D   CUST FROM MED9 TO MED9
   DISCIPLINE TYPE: MAJOR                      AT INST: 004   RULE NUMBER: 64
   RETAINED DAYS: 0000   SEQ #: 03  RULE LIT: POSSESSION OF CONTRABAND

   >> CITATION: 03/15/2004                        CUST FROM MED9 TO MED9
      CITATION TYPE: BEHAVIOR CITATION      AT INST: 004   RULE NUMBER: 85
   RETAINED DAYS: 0000   SEQ #: 02  RULE LIT: VIOLATION OF INSTIT. RULES OR REG

CONTINUED ON NEXT PAGE

CBR716-3

ALABAMA DEPARTMENT OF CORRECTIONS
INMATE SUMMARY AS OF 06/23/2004

INST:    004
CODE: CORVK

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*    CONTINUATION    \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

AIS: 00221955    INMATE: CONNER, REGINALD JERMAINE         RACE: B  SEX: M

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

DISCIPLINARY/CITATION SUMMARY

   >> CITATION: 07/10/2003                      CUST FROM MED9 TO MED9
      CITATION TYPE: BEHAVIOR CITATION      AT INST: 004    RULE NUMBER: 50
      RETAINED DAYS: 0000    SEQ #: 01    RULE LIT: BEING IN AN UNAUTHORIZED AREA

Exhibit
A-6

ALABAMA DEPARTMENT OF CORRECTIONS          INST: 354
:16-3                    INMATE SUMMARY AS OF 06/12/2006       CODE: CRSUM

IS: 00190475R    INMATE: GARRISON, JONATHAN DAVID        RACE: W  SEX: M

INST: 354 - PINE PRAIRIE COR CTR (LA)       DORM: 00  JAIL CR: 000Y 11M 16D

DOB: 01/24/1977  SSN: 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

ALIAS: GARRISON, DAVID

ADM DT: 11/21/1996 DEAD TIME: 000Y 00M 00D

ADM TYP: LIFE SENTENCE               STAT: REMOVED FROM SEGREGATION

CURRENT CUST: MIN-9   CURRENT CUST DT: 07/01/2003  PAROLE REVIEW DATE: - NONE -

SECURITY LEVEL: (4) FOUR

SERVING UNDER ACT446 LAW IN CLASS IV     CURRENT CLASS DATE:    11/21/1996
INMATE IS EARNING : PROHIBITED FROM EARNING GOODTIME

COUNTY      SENT DT  CASE NO  CRIME           JL-CR     TERM
TALLAPOOSA 11/21/96 V95000004 MURDER         0346D    LIFE      CS
           COURT COSTS  : $0001376  FINES : $0000000  RESTITUTION : $0000050

TOTAL TERM /   MIN REL DT    GOOD TIME BAL    GOOD TIME REV    LONG DATE
  LIFE   /    00/00/0000                                      99/99/9999

INMATE LITERAL:
**************************************************************************

DETAINER WARRANTS SUMMARY
    INMATE CURRENTLY HAS NO DETAINER WARRANT RECORDS
**************************************************************************

ESCAPEE-PAROLE SUMMARY

    INMATE CURRENTLY HAS NO PAROLE RECORDS

    INMATE CURRENTLY HAS NO PROBATION 754 RECORDS

    INMATE HAS NO ESCAPES FROM ADOC SINCE OBSCIS RECORDING B
**************************************************************************

DISCIPLINARY/CITATION SUMMARY

>> DISCIPLINE: 10/02/2002  TIME LOST: 000Y00M00D  CUST FROM MED9 TO MED9
   DISCIPLINE TYPE: MAJOR               AT INST: 043    RULE NUMBER: 64
   RETAINED DAYS: 0000   SEQ #: 04  RULE LIT: POSSESSION OF CONTRABAND

   >> CITATION: 01/14/2002                  CUST FROM MED9 TO MED9
      CITATION TYPE: BEHAVIOR CITATION    AT INST: 043    RULE NUMBER: 74
   RETAINED DAYS: 0000   SEQ #: 03  RULE LIT: GAMBLING

CONTINUED ON NEXT PAGE

Case 2:07-cv-00198-MHT-CSC    Document 2-2    Filed 03/02/2007    Page 27 of 37
Case 2:07-cv-00198-MHT-CSC    Document 2-2    Filed 03/02/2007    Page 27 of 37
*Exhibit* B

**CORRECTIONAL BILLING SERVICES**

**ARTHUR BOOKER**
**Account Number**
**256 852-7079 026 0541**

| Detailed Statement of Charges | Miscellaneous Charges and Credits | *Amount* |
|---|---|---|

**Detailed Statement of Charges**

For Correctional Billing Services Billing Questions, Call 1 800 844-6591

### Miscellaneous Charges and Credits

Service Provider - EVERCOM SYSTEMS, INC.

| | Date | | Amount |
|---|---|---|---|
| 1. | 06/17 | June Bill Processing Fee ........................ | 2.49 |
| 2. | 06/22 | June Federal Universal Service Fund Charge ...... | 4.10 |
| 3. | 06/22 | June Carrier Assessed Administrative Fee ........ | 1.00 |
| 4. | 07/07 | July Bill Processing Fee ........................ | 2.49 |
| | | Total Miscellaneous Charges and Credits ................. | 10.08 |

### Itemized Calls

Service Provider - EVERCOM SYSTEMS, INC.

**Collect Calls**

| | Date | Called From | Number | Rate* | Time | Min. | Amount |
|---|---|---|---|---|---|---|---|
| 5. | 06/16 | PINEPRAIRI LA | 337 599-2203 | ES | 8:17PM | 15 | 17.30 |
| 6. | 06/23 | PINEPRAIRI LA | 337 599-2295 | DS | 4:57PM | 11 | 13.74 |
| 7. | 06/30 | PINEPRAIRI LA | 337 599-2287 | DS | 1:48PM | 10 | 12.85 |
| 8. | 07/06 | PINEPRAIRI LA | 337 599-2293 | ES | 9:40PM | 11 | 13.74 |
| | | | | | | | 57.63 |

Total Collect Calls ....................................... 57.63

Total Itemized Calls ...................................... 57.63

Total Correctional Billing Services Current Charges ...... 67.71

* Rate and Tax Codes - Page 7
This portion of your bill is provided as a service to Correctional Billing Services.

029809


**BELL**SOUTH

**ARTHUR BOOKER**
**Account Number**
**256 852-7079 026 0541**

---

**News You Can Use
From BellSouth**

**Disclosures**

### Returned Check Policy Notice

An important part of BellSouth's commitment to our valued customers is keeping you informed of policies that may affect your account. If a check is returned to BellSouth from your financial institution, a returned check fee up to the amount permitted by law may be charged to your account.

### PAYMENT BY PHONE

Your BellSouth phone bill can now be handled over the phone by electronic check. To make a secure electronic bill payment from your bank account, call BellSouth Customer Service at the number located on the front of your bill. You will need to provide to our Customer Service Representative either your four-digit Personal Identification Number (PIN) shown by 'Customer Service.' on the first page of your BellSouth bill, or the last four digits of the social security number associated with your telephone account. By providing your bank account information and PIN or social security number, you are authorizing BellSouth and your bank or financial institution to process a one-time debit from your bank account for payment of your BellSouth bill. Bill payment options are also available on our Website at bellsouth.com. Thank you for choosing BellSouth for your communications needs.

### Important Notice About Disputed Debts

Please note, any check or payment instrument in an amount less than the full amount due that you send BellSouth marked 'PAID IN FULL' or otherwise tender as full satisfaction of a disputed amount, must be sent to BellSouth Accounts Receivable Management, Room 20E, 333 Commerce Street, Nashville, TN 37201 and NOT the payment address shown on the payment return document. Thank you for choosing BellSouth for your communications needs.

### General Interest

Treat yourself to a nice little payback from Chase. With the BellSouth® MasterCard®, issued by Chase, you'll enjoy no annual fee, 0% introductory APR, and a great rewards program. Don't miss out on cashing in. Call 1 800 789-9025 Today!

Effective August 1, 2006, calls placed to 1-800-BELLSOUTH from California will be provided by Qwest Communications Corporation. Also effective August 1, 2006, you will no longer be able to call 1-800-BELLSOUTH from Alaska. BellSouth Long Distance will continue to be the provider of all other calls placed to 1-800-BELLSOUTH.

### NOTICE REGARDING BILL DISCREPANCY

BellSouth strives to provide our valued customers the best service possible. However, if you have a bill discrepancy, you should notify BellSouth within 60 days after the receipt of your BellSouth bill.

029609

# SOUTH LOUISIANA CORRECTIONAL CENTER



## <u>REQUEST FOR CALLING CARD</u>

**INMATE NAME:** _____

**D.O.C. #:** _____

**HOUSING ASSIGNMENT:** _____

**AMOUNT REQUESTED:** _____

*Available in –*
**$10.00** - **$15.00** - **$20.00** *– and* **$30.00** *Increments*
20 MIN

---

**NOTE:** I understand that South Louisiana Correctional Center is not responsible for lost, damaged, or stolen Phone Cards. I also understand that these cards are numbered and these numbers are assigned to me. In the event a card I purchase is used inappropriately, illegally, or in violation of Department of Corrections or South Louisiana Correctional Center, I will be held responsible for any disciplinary action including criminal charges.

---

Signature: _____

Date: _____

*Failure to Fill out Request **COMPLETELY**
will result in Request being discarded.*

## Premier Management Commissary Order Form

1. Use #2 Pencil Only
2. Do not use ink, ballpoint, or felt pens.
3. Make solid marks that fill the response completely.
4. Erase cleanly any marks you wish to change.
5. Make no stray marks on this form.

### Hygiene Items

| Item | Price |
|---|---|
| Deodorant Soap | 1.33 |
| Soap | 1.18 |
| Moisturizing Soap | 1.42 |
| Irish Spring | 1.29 |
| Safeguard | 1.15 |
| Dial Roll-on | 2.53 |
| Mennen Ladies Stick | 3.73 |
| Mennen Men's Stick | 3.93 |
| Razor | .31 |
| Shaving Cream | 2.56 |
| After Shave Lotion | 1.96 |
| Baby Oil | 1.69 |
| Skin Lotion | 2.19 |

### Hygiene Items Continued

| Item | Price |
|---|---|
| Body Powder | 1.77 |
| Medicated Skin Cream | 3.00 |
| VO5 Shampoo | 3.25 |
| VO5 Conditioner | 3.25 |
| Balsam Shampoo | 2.55 |
| Balsam Conditioner | 2.55 |
| Dandruff Shampoo | 2.55 |
| Close Up 4 oz | 2.49 |
| Colgate 2.7 oz | 2.39 |
| Colgate Whitening | 4.31 |
| TEK TB Soft | 1.17 |
| TEK TB Med | 1.17 |
| Denture Cream | 5.20 |
| Tylenol | .70 |
| Cough Drop | 1.10 |
| Lip Balm | 1.23 |
| Ibuprofen | .70 |
| Antifungal Cream | 4.32 |
| Foot Powder | 1.99 |
| Acne Cream | 3.91 |
| Douche | 2.15 |
| Maxi Pad | 2.75 |
| Q-Tips | 2.67 |
| Toothbrush Holder | 1.12 |
| Soap Dish | 1.31 |
| Clippers | .86 |
| Antacid | 1.10 |
| Vitamins | 3.50 |
| Alka Seltzer | .91 |
| 5" Comb | .25 |
| Palm Brush | 3.53 |
| Blk Orchid Hair Food 4oz | 2.59 |
| Murray's Pomade 3oz | 3.75 |
| Landers Styling Gel 16oz | 2.99 |
| Magic Shave | 3.99 |
| Relaxer Kit | 13.99 |
| Tampon - 10 pack | 2.99 |
| Toilet Paper | 1.19 |
| Cold/Sinus Medicine | .75 |
| Hydrocortisone Cream | 4.69 |

### Beverages

| Item | Price |
|---|---|
| Pepsi 12 oz. | 1.34 |
| Diet Pepsi 12 oz. | 1.34 |
| Mt. Dew 12 oz. | 1.34 |
| Dr. Pepper 12 oz. | 1.34 |
| A&W Root Beer 12 oz. | 1.34 |

### Beverages Continued

| Item | Price |
|---|---|
| Orange Soda 12 oz. | 1.34 |
| Hawaiian Punch 12 oz. | 1.34 |
| Diet Dr. Pepper 12 oz. | 1.34 |
| Hot Chocolate, 5 pk | 1.84 |
| Maxwell House Coff 4oz | 4.96 |
| Instant Coffee, 4 oz | 3.10 |
| Sugar | 3.19 |
| Creamer | 3.19 |
| Tea, 5 pk | 1.62 |
| Fruit Punch, 5 pk | 1.62 |
| Orange, 5 pk | 1.62 |
| Lemonade, 5 pk | 1.62 |
| Sugar Substitute, 100 ct | 3.39 |
| Bottled Water, 20 oz | 1.34 |

### Packaged Products

| Item | Price |
|---|---|
| Salmon Pouch | 2.77 |
| Tuna Pouch | 2.99 |
| Sardines | 2.29 |
| Meatballs w/Tomato sauce | 4.15 |
| Smoked Oysters | 3.99 |
| Hot Chili Pouch | 2.85 |
| Sloppy Joe Pouch | 2.82 |
| Vienna Sausage | 2.59 |
| Instant White Rice | 1.77 |
| Hot Refried Beans | 2.92 |
| Spanish Rice | 1.37 |
| Red Beans & Rice | 2.29 |
| Peanut Butter | 4.21 |
| Microwave Butter Popcorn | 1.15 |
| Salad Dressing | 3.25 |
| Picante Sauce | 3.39 |
| Hot Sauce | 1.69 |
| Jalapenos, Jar | 3.03 |
| Summer Sausage | 2.99 |
| Beef Sticks | .85 |
| Salt & Pepper Shakers | 3.06 |
| Jack Mackerel, Bag | 2.88 |
| Roast Beef, Bag | 4.99 |
| Chicken Pouch | 4.99 |
| Honey | 2.99 |
| Strawberry Jelly | 3.29 |
| Grape Jelly | 3.29 |
| Tortillas, 12 count | 3.13 |
| Squeeze Jalapeno Cheeze | 4.39 |
| BBQ Sauce, Bottle | 2.99 |
| Shrimp in a Bag | 4.99 |
| Crab in a Bag | 3.45 |
| Lasagna in a Bag | 2.69 |
| Ham in a Bag | 4.99 |
| Turkey in a Bag | 4.99 |
| BBQ Beef Tray | 4.99 |
| BBQ Pork Tray | 4.99 |
| Tropical Fruit Salad | 2.55 |
| Pineapple Chunks | 2.55 |

### Candy

| Item | Price |
|---|---|
| Snickers | .86 |
| M & M Plain | .86 |
| M & M Peanut | .86 |
| Snicker w/Almond | .86 |
| Granola Bar | .81 |
| Twix | .86 |
| Butterfinger | .86 |
| Starburst | .86 |
| Skittles | .86 |
| 3 Musketeers | .86 |
| Sour Fruit Balls | 1.49 |
| Jolly Rancher Fire | 1.63 |
| Jolly Rancher Assorted | 1.63 |
| Starmints | 1.49 |

### Cookies and Crackers

| Item | Price |
|---|---|
| Banana Moonpie | .86 |
| Vanilla Moonpie | .86 |
| Duplex Creme Cookie | 1.16 |
| Oatmeal Raisin Cookie,Bag | 2.29 |
| Strawberry Cr Cookie, Bag | 2.29 |
| Vanilla Creme Cookie | 1.16 |

## Cookies and Crackers Continued

| Item | Quantity (10 20 30 1 2 3 4 5 6 7 8 9) | Price |
|---|---|---|
| Choc Chip Cookies, Bag | | 2.29 |
| Butterfinger Cookies, Bag | | 2.29 |
| Choc Creme Cookies, Pkg | | 2.29 |
| Saltine Crackers, Box | | 2.99 |
| Snack Crackers | | 2.89 |
| Chili Soup Pouch | | .68 |
| Cajun Chicken Soup Pouch | | .68 |
| Spicy Vegetble Soup Pouch | | .68 |
| Picante Beef Soup Pouch | | .68 |
| Picante Chick Soup Pouch | | .68 |

## Miscellaneous Products

| Item | Quantity | Price |
|---|---|---|
| Writing Pad | | 1.50 |
| Legal Pad | | 1.65 |
| Playing Cards | | 1.39 |
| Pen - Clear | | .47 |
| Pencil | | .27 |
| Eraser Cap | | .50 |
| Box of Envelopes | | 2.23 |
| Stamped Envelope | | .63 |
| 9 x 12 Envelope | | .45 |
| Colored Pencils | | 3.51 |
| Pencil Sharpener | | 1.18 |
| Stamp Booklet (10) | | 3.90 |
| Photo Album | | 3.57 |
| "AA" Battery, 2pk | | 2.29 |
| "AAA" Battery, 2pk | | 2.29 |
| Bowl w/Lid | | 1.58 |
| Tumbler w/Lid | | 1.17 |
| Friendship Card | | 1.10 |
| Love Card | | 1.10 |
| Birthday Card | | 1.10 |
| Checkers | | 3.50 |
| Walkman Radio | | 29.95 |
| Head Phone | | 4.75 |
| Spork - Heavyduty | | .36 |

## Chips and Snacks

| Item | Quantity | Price |
|---|---|---|
| Peanuts | | 3.50 |
| BBQ Chips | | 2.22 |
| BBQ Corn Chips | | 2.22 |
| Tortilla Chips | | 2.22 |
| Nacho Chips | | 2.22 |
| Dill Chips | | 2.22 |
| Ripple Chips | | 2.22 |
| Corn Chips | | 2.22 |
| Hot Chips | | 2.22 |
| Cheese Curls | | 2.22 |

## Pastry

| Item | Quantity | Price |
|---|---|---|
| Glazed Honey Buns | | 1.18 |
| Cinnamon Sweet Rolls | | 1.18 |
| Chocolate Cupcakes | | 1.18 |
| Nutty Bar - Box | | 4.99 |
| Oatmeal Creme Pie - Box | | 4.99 |
| Zebra Cake - Box | | 4.99 |
| Fudge Brownie - Box | | 4.99 |

## Clothing

| Item | Quantity | Price |
|---|---|---|
| Socks | | 2.00 |
| T-Shirt Medium | | 3.99 |
| T-Shirt Large | | 3.99 |

## Clothing Continued

| Item | Quantity (10 20 30 1 2 3 4 5 6 7 8 9) | Price |
|---|---|---|
| Sweat Shirt 4X | | 20.50 |
| Sweat Pants Medium | | 16.50 |
| Sweat Pants Large | | 16.50 |
| Sweat Pants 1X | | 16.50 |
| Sweat Pants 2X | | 16.50 |
| Sweat Pants 3X | | 20.50 |
| Sweat Pants 4X | | 20.50 |
| Laundry Bag | | 5.99 |
| Hankerchief | | 1.99 |
| Panties (6) | | 2.30 |
| Panties (9) | | 2.30 |
| Panties (12) | | 2.30 |
| Sports Bra (32) | | 7.50 |
| Sports Bra (34) | | 7.50 |
| Sports Bra (36) | | 7.50 |
| Sports Bra (38) | | 7.50 |
| Sports Bra (42-44) | | 7.50 |
| Sports Bra (46-48) | | 7.50 |
| Sports Bra (50) | | 7.50 |
| PCV Slip-On Medium | | 8.25 |
| PCV Slip-On Large | | 5.25 |
| PCV Slip-On 1X | | 5.25 |
| Tennis Shoe 7 | | 17.23 |
| Tennis Shoe 8 | | 17.23 |
| Tennis Shoe 9 | | 17.23 |
| Tennis Shoe 10 | | 17.23 |
| Tennis Shoe 11 | | 17.23 |
| Tennis Shoe 12 | | 17.23 |
| Tennis Shoe 13 | | 17.23 |

## Indigent Items

| Item | Quantity | Price |
|---|---|---|
| Stamped Env. (Qty 1 - 12) | | .63 |
| Medium Boxer | | 3.94 |
| Large Boxer | | 3.94 |
| 1X Boxer | | 3.94 |
| 2X Boxer | | 3.94 |
| 3X Boxer | | 5.40 |
| Medium Panties | | 2.30 |
| Large Panties | | 2.30 |
| 1X Panties | | 2.30 |
| Socks | | 2.00 |
| Paper 20 ct | | 1.50 |
| Ink Pen | | .47 |
| Orange Slip-On, Sz 8 | | 6.25 |
| Orange Slip-On, Sz 9 | | 6.25 |
| Orange Slip-On, Sz 10 | | 6.25 |
| Orange Slip-On, Sz 11 | | 6.25 |
| Orange Slip-On, Sz 12 | | 6.25 |
| Orange Slip-On, Sz 13 | | 6.25 |

## Tobacco

| Item | Quantity | Price |
|---|---|---|
| Generic Light 100s | | 4.29 |
| Generic Non-Filter | | 4.29 |
| Kite Tobacco | | 3.08 |
| Buglar Pack | | 3.08 |
| Cigarette Papers | | 1.43 |
| Lighter | | 1.25 |
| Generic Menthol Pack | | 4.29 |
| Generic Regular Pack | | 4.29 |
| Marlboro | | 4.99 |
| Doral Non-Filter | | 4.99 |
| Marlboro Light 100s | | 4.99 |

Rep(s). By Representatives Wren, White, Warren and Curry

### HB106

Enrolled, An Act,

SYNOPSIS:      Under existing law, the Department of Corrections is responsible for administering and exercising direct control over penal and corrections institutions in the state.

This bill would provide that those institutions over which the Department of Corrections has control may not be leased, transferred, or placed under the supervision or management of a nongovernmental entity, without first obtaining the consent of the Legislature.

To amend Section 14-1-1.2 of the Code of Alabama 1975, relating to the Department of Corrections, to require the consent of the Legislature before a penal or corrections institution is leased, transferred, or placed under the management of a nongovernmental entity.

BE IT ENACTED BY THE LEGISLATURE OF ALABAMA:

Section 1. Section 14-1-1.2 of the Code of Alabama 1975, is amended to read as follows:

§14-1-1.2.

"The department shall be an administrative department responsible for administering and exercising the direct and effective control over penal and corrections institutions throughout this state. An institution over which the department exercises control may not be leased, transferred, or placed under the supervision or management of any nongovernmental entity without first obtaining the consent of the Legislature through the passage of legislation by a majority vote of the membership of each house."

Section 2. This act shall become effective immediately following its passage and approval by the Governor, or its otherwise becoming law.

**Prisons and Prisoners**

**Corrections Department**

**Code Amended**

**Legislature**

LSA-R.S. 15:709

WEST'S LOUISIANA STATUTES ANNOTATED
LOUISIANA REVISED STATUTES
TITLE 15. CRIMINAL PROCEDURE
CHAPTER 7. PRISONS AND CORRECTIONAL INSTITUTIONS
PART I. PRISONS AND PRISONERS IN GENERAL

Current through all 2006 First Extraordinary Session Acts

§ 709. Prisoners convicted in other states and housed in Louisiana

A. A prisoner convicted and sentenced to incarceration by a court in another state shall not be housed for the commission of that offense in a state correctional facility in Louisiana; however, nothing in this Section shall be construed to limit the prosecution, sentencing, or incarceration of any person for the commission of a criminal offense in the state of Louisiana.

B. A prisoner convicted and sentenced to incarceration by a court in another state who is housed in a local jail or private correctional facility in Louisiana shall not be released in this state. Any prisoner housed in a local jail or private correctional facility shall be returned to an appropriate correctional facility located within the state where he was convicted and sentenced for release in that state.

**C. A private correctional facility may house prisoners convicted and sentenced by another state if the prisoners would not be classified as maximum custody by the Louisiana Department of Public Safety and Corrections classification procedure.**

D. The state where the prisoner was convicted and sentenced shall be responsible for the costs associated with returning the prisoner to that state.

E. The provisions of this Section shall not apply to any prisoner kept in custody under the authority of the United States or held under the jurisdiction of the United States.

F. For the purposes of this Section:

(1) "Local jail" means a correctional facility operated by a political subdivision of the state or defined by law as a political corporation.

(2) "Private correctional facility" means a correctional facility operated by a private entity.

(3) "State correctional facility" means a correctional facility owned and operated by the state of Louisiana or the Louisiana Correctional Facilities Corporation housing prisoners committed to the custody of the Department of Public Safety and Corrections.

# ALABAMA PRISON CONDITIONS

Alabama's prisons were built to hold 14,000 prisoners. Today, they hold 28,000.

Alabama faces an overcrowding crisis created by the tremendous increase in the number of people sent to prison over the last 25 years. Alabama spends only $26 per day to incarcerate a prisoner. The national average is more than twice as much, at $62 per inmate. Alabama's per-inmate spending ranks last among 16 states in the Southeast, where the average daily cost is $40 per inmate.

Alabama's prisons have the highest ratio of inmates to corrections officers in the country. Many have waiting lists for solitary confinement. Unsafe prison conditions have given rise to lawsuits in which courts have found that crowding in some state and local facilities is "barbaric" and poses "a substantial risk to staff and inmates." Alabama inmates have been forced to sleep on concrete floors in facilities where the "sardine-can appearance of [the] cell units more nearly resemble the holding units of slave ships during the

Middle Passage of the eighteenth century than anything in the twenty-first century."



**Alabama's Prison Population**

The costs associated with maintaining Alabama's disproportionately large prison population seriously threaten the state's fiscal health. Estimates project that it may cost the state hundreds of millions of dollars over the next ten years to maintain current levels of incarceration.

Built to house 360 inmates, Tutwiler Prison for Women held over 1000 in 2003. In response to a federal court order, the Department of Corrections (DOC) sent 309 Tutwiler inmates to the South Louisiana Correctional Center, a private prison located in Basile, Louisiana, and operated by LCS Corrections Services, Inc. The LCS facility's recent history includes a riot, escape, grand jury indictment of a high-ranking executive on charges of violating inmates' civil rights, and charges that guards sexually abused prisoners. Alabama's emergency contract with LCS to house prisoners from Tutwiler and 1400 male prisoners cost $500,000.

> "[O]ur prison system is a ticking time bomb – especially considering that it is operating at more than 200 percent capacity."
>
> **– Governor Riley**

Alabama ranks last in the country in spending on medical care per inmate. Alabama spends approximately $5.50 per inmate. The national average is $7.38 per inmate. Alabama prisoners die at a higher rate than in most other states.

The treatment provided to Alabama prisoners with HIV/AIDS is illustrative of the state prison health care system. Class-action litigation filed in 2002 revealed that Alabama prisoners with HIV/AIDS were denied doctor visits for up to eight months at a time and housed in a vermin-infested "old warehouse with leaky ceilings and double bunks so close together that they foster infections." Inmates too weak to stand in long lines for medication were forced to go without. Alabama's Tutwiler Prison for Women is the only prison in the country that segregates HIV-positive inmates.

Alabama's prison population is aging beyond the state's capacity to adequately care for elderly prisoners. As of July 2004, 591 Alabama prisoners were at least fifty years old. Over 1300 Alabama prisoners are serving sentences of life imprisonment without the possibility of parole. Elderly prisoners require more medical attention: the national average cost of incarcerating a prisoner increases threefold to $69,000 per year once that prisoner reaches an advanced age. Elderly prisoners are more vulnerable to depression and exploitation and should be supervised by correctional staff specially trained to manage their unique physical, mental and dietary needs. Alabama sends minimum and medium security elderly and ill prisoners to Hamilton Aged and Infirmed Center, where prisoners suffer inhumane and improper treatment.

The DOC earns more than a half million dollars per month – $6.5 million per year – from inmate telephone calls. A private telephone service provider pays the DOC a 56% commission and passes on the cost to the friends and families of inmates who pay high rates to receive collect calls from Alabama prisoners. Recipients of inmate calls are charged for calls that are not connected, for long delays between the time that the call is accepted and the time at which the recipient and inmate can actually talk to each other, and for more time than is actually used. Calls frequently are cut off, so another connection fee must be paid to resume the conversation. One Alabama recipient reported that 43 disconnects occurred on her phone in under 7 minutes, costing her over $100.

## 2003 Prisoner Death Rate



Per 10,000 inmates

▨ Alabama
■ National Average

> Alabama prisoners die at a rate of 37 deaths per 10,000 prisoners, in contrast with the national average of 23 deaths per 10,000. Among Alabama prisoners with HIV, the death rate is one of the highest in the country.

*Exhibit D*

ALDOC Form 225B

## ALABAMA DEPARTMENT OF CORRECTIONS
## DISCIPLINARY REPORT

1. Inmate: _Nathan Gibbs_____  Custody: _Medium____  AIS: _241942_
2. Facility: _South Louisiana Correctional Center_
3. The above inmate is being charged by _Sergeant Joshua Duplechien_ with a violation of Rule Number _35_ specifically _Fighting without a weapon_

   from regulation #403 which occurred on or about _January__  _13_____, 20_07_ at (time) _8:03_ (am/pm), Location: _Kitchen_____. A hearing on this charge will be held after 24 hours from service.

4. Circumstances of the violation(s) are as follows: _You Inmate Nathan Gibbs AIS 241942 Bearcat Dorm 1 Bed c4 was seen by me Sergeant Joshua Duplechien fighting in kitchen with Inmate Joseph Papallion Doc 104634 Eagle Dorm E Bed 5c_

   _January 13, 2007_____    _Joshua Duplechien Joshua Duplechien  Sergeant_
   Date                              Arresting Officer/Signature/Rank

5. I hereby certify that I have personally served a copy of the foregoing upon the above named inmate and I informed inmate of his/her right to present a written or oral statement at the hearing and to present written questions for the witnesses on this the _14_ day of _January____, 20_07_ at (time) _5:15_ (am/pm).
   _John Harvey John Harvey / Captain_    _Refused to sign   FL_
   Serving Officer/Signature/Rank           Inmate's Signature/AIS Number

6. Witnesses desired?   NO _Refused to sign_ AH  YES _____
                          Inmate's Signature              Inmate's Signature

7. If yes, list: _____

8. Hearing Date _____  Time: _____  Place: _____

9. Inmate must be present in Hearing Room. If he/she is not present explain in detail on an additional page and attach.

10. A finding is made that inmate (is / is not) capable of representing him/herself.

    _____
    Signature/Hearing Officer

11. Plea: _____  Not Guilty _____ Guilty

12. The Arresting Officer, inmate, and all witnesses were sworn to tell the truth.

    _____
    Signature/Hearing Officer

13. Arresting Officers testimony (at the hearing): _____

14. Inmate's Testimony: _____

Witness: _____ Substance of Testimony: _____
_____

Witness: _____ Substance of Testimony: _____
_____

Witness: _____ Substance of Testimony: _____
_____

15. The inmate was allowed to submit written questions to all witnesses. Copy of questions and answers are attached.

                     _____
                          Signature/Hearing Officer

16. The following witnesses were not called – Reason not called:
    1. _____ _____
    2. _____ _____
    3. _____ _____

17. After hearing all testimony, the Hearing Officer makes the following findings of fact: (Be Specific) the Hearing Officer finds that:
_____
_____
_____
_____

18. Basis for Findings of Fact: _____
_____
_____
_____

19. Hearing Officer's Decision: _____ Guilty _____ Not Guilty
20. Recommendation of Hearing Officer: _____
_____
_____

                     _____
                          Signature/Hearing Officer

                     _____
                          Type Name and Title

21. Warden's Action – Date _____
    Approved _____
    Disapproved _____
    Other (Specify) _____

22. Reason if more than 30 calendar days delay in action. _____

23. I hereby certify that a completed copy of the foregoing Disciplinary Report was served on the above named inmate on this _____ day of _____ 20_____, at (time) _____ (am/pm).

_____    _____
Signature/Serving Officer/Title    Inmate's Signature/AIS Number

Annex C to AR 403 January 30, 2003

Exhibit - E

11/13/06

Captain Jones:

In past, "offender grievance procedures." Inmates have turned in Valid grievance. Never to get a reply. Therefore I am requesting that a copy be made of this and both returned to me. I am willing to pay for this copy from my PMOD.

Thank you

Nicholas Lyle #A24326

11/15/06

Issued paper back with copy.

Cpt. Tim Jones

## LCS CORRECTIONS SERVICES, INC.

*CPY*

### OFFENDER GRIEVANCE

### SOUTH LOUISIANA CORRECTIONAL CENTER

Is this an emergency grievance?     Yes __X__   No _____

OFFENDER'S NAME _Nicholas Lyle #A 243264_   LOCATION _Bc #3_

Time & Date of Incident: _11/12/06   5:15 pm_   Location of Incident: _LCS Health care unit/Nurses Station_

Name & Location of Witnesses: _LT. Daniel   A-Team_

Name of Personnel Involved: _Nurse Michadle DuGon   (Michelle) DuGas_   _Nurse_

Summary of Complaint: _I injured my back while outside on the basketball court. And was escorted by LT. Daniel (A-Team)? To the health care unit. LT. Daniel Attempted to give "Nurse Michadle the Emergencie sick call slip - But she refused to accept it or see me. She is in violation of the Eighth Amendment which is my right. (See) Estelle v. Gamble 429 U.S. 97 (1976)_

Specific Relief Desired: _Nurse Michadle and every medical staff member are under an Oath. If she can not abide - she should be replaced. She is known by Alabama inmates for such behavior._

Today's Date: _11-14-06_   Offender's Signature: _Nicholas M. Lyle 243264_

---

Grievance #: _____     Date Rec'd: _____

Type: _____     Screened by: _____

Policy/Procedure Challenged? Yes _____   No _____

_____ Hold pending decision in grievance # _____.

_____ Accepted and Referred to _____.

---

_____ Rejected/Returned for the following reason: _____

_____

_____

Date: _____   Warden or Designee Signature: _____

_Exhibit E_

# LCS CORRECTIONS SERVICES, INC.

## RESPONSE TO GRIEVANCE

## SOUTH LOUISIANA CORRECTIONAL CENTER

(1st Step Respondent – Reply and return to Warden or designee as quickly as possible, but no later than 15 days from the date you receive.)

Date Received: _____

Grievance:   Founded _____   Unfounded _____

Response: _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Action Taken/Recommended (If Founded): _____

_____

_____

_____

Disposition of Recommendation (If Founded): _____

_____

_____

Today's Date: _____ 1st Step Respondent Signature: _____

Instructions to Offender: If you are not satisfied with this response, you may proceed to Step Two by checking below and placing in the Grievance Box within five (5) days of your receipt of this response.

_____ I am not satisfied with this response and wish to proceed to Step Two.

Today's Date: _____ Offender's Signature: _____

*Exhibit E-1*

# LCS CORRECTIONS SERVICES, INC.

## OFFENDER GRIEVANCE

### SOUTH LOUISIANA CORRECTIONAL CENTER

Is this an emergency grievance?   Yes  / No _____

OFFENDER'S NAME _Ricky Grice_ #A 142526   LOCATION _Tiger L/D 1_

Time & Date of Incident: _11/06_   Location of Incident: _Health Care unit_

Name & Location of Witnesses: _N/A_

Name of Personnel Involved: _Medical staff responsible for conducting sick call screening_

Summary of Complaint: _An Astronomical amount of sickcall slips are being deliberatley ignored. Myself and several inmates have requested medical screening, never being evaluated by anyone, or recieving a reply. site: 105 F. 3d 1059 (5th cir 97) Also 40 F.3d 1176, 1187 (11th Cir 94) All Medical Employ-ees are under a sworn oath to preform their duties._

Specific Relief Desired: _A daily log NEEDS to be kept on All sick call request - And inmate should be seen if not that day the following. As the inmates Are Accustomed to._

Today's Date: _11/30/06_   Offender's Signature: _Ricky L. Grice_

---

Grievance #: _____   Date Rec'd: _____

Type: _____   Screened by: _____

Policy/Procedure Challenged? Yes _____ No _____

_____ Hold pending decision in grievance # _____

_____ Accepted and Referred to _____

_____ Rejected/Returned for the following reason: _____

_____

Date: _____   Warden or Designee Signature: _____

# LCS CORRECTIONS SERVICES, INC.

## RESPONSE TO GRIEVANCE

## SOUTH LOUISIANA CORRECTIONAL CENTER

(1ˢᵗ Step Respondent – Reply and return to Warden or designee as quickly as possible, but no later than 15 days from the date you receive.)

Date Received: _____

Grievance:   Founded _____        Unfounded _____

Response: _____
_____
_____
_____
_____
_____
_____
_____
_____
_____

Action Taken/Recommended (If Founded): _____
_____
_____
_____

Disposition of Recommendation (If Founded): _____
_____
_____

Today's Date: _____ 1ˢᵗ Step Respondent Signature: _____

Instructions to Offender: If you are not satisfied with this response, you may proceed to Step Two by checking below and placing in the Grievance Box within five (5) days of your receipt of this response.

_____ I am not satisfied with this response and wish to proceed to Step Two.

Today's Date: _____ Offender's Signature: _____

*Exhibit E-2*

# LCS CORRECTIONS SERVICES, INC.

### Offender Request

FACILITY: *L C S*

TO: *Captain Jones*　　　　　　　　　　　　　DATE: *11/30/06*
*(Person to whom request is to be sent)*

**NATURE OF REQUEST**
　MEDICAL ☑　　OTHER ☐　*Medical Request*
　　　　　　　　　　　　　　　　　　　　*(state nature of request)*

　REQUEST TO OFFICIAL ☐

OFFENDER NAME *Lucky Spicer*　　　OFFENDER # *A142526*

HOUSING ASSIGNMENT *Tigers LD 1*

**DETAILS OF REQUEST (Briefly state nature or reason for request):**

*I've placed four medical sick call request in to be screened for a Doctor's appointment. I have not been seen for sick call yet. Alabama, does not ignore inmate medical request - the following day after we put the sick call slip in, we see a nurse but this neglect has been going on since our arrival here. Please defer this to medical*

---

| **OFFICIAL USE ONLY** |
|---|

DATE: *Seen Doctor Tassin 12-05-06*　　　　TIME: _____

REQUEST IS: ( ) Approved　( ) Denied　( ) Handled

Request is forwarded to *Defer to Medical (Cpt. Vince Jones) 11/30/06*

Comments: _____

_____

_____

_____

**NOTE:** All requests shall be forwarded to the proper official who shall fully answer/handle the request. A copy of the completed Form shall be sent to the offender, the original shall be placed in the Offender File.

*Exhibit E-3*

# LCS CORRECTIONS SERVICES, INC.

### Offender Request

FACILITY: *LCS*

TO: *Captain Jones / Medical*                    DATE: *1/26/07*
<span style="font-size:smaller">(Person to whom request is to be sent)</span>

NATURE OF REQUEST
MEDICAL ☑    OTHER ☐   *This is my 4th medical request. I'd like a copy*
<span style="font-size:smaller">(state nature of request)</span>

REQUEST TO OFFICIAL ☐

OFFENDER NAME *Lucky L. Price*          OFFENDER # *A142526*

HOUSING ASSIGNMENT *Beat #4*

DETAILS OF REQUEST (Briefly state nature or reason for request):
*I would appreciate a copy of this. I am indigent. I have placed three request in medical to have re-prescribed medication for sinus and allergies renewed. Sudifed 25mg, Benadryl 25mg. I am also on a long pain pill. The severity of the headaches is getting worse. I've suffered with allergies and sinuses all my life. Please send me a copy of this and forward this to medical. (Thank you)*

---

### OFFICIAL USE ONLY

DATE: *1/29/07*                    TIME: _____

REQUEST IS: ( ) Approved   ( ) Denied   ( ) Handled
Request is forwarded to *Medical Staff (Capt. Tina Jones) 1/29/07*
Comments: _____

---

NOTE: All requests shall be forwarded to the proper official who shall fully answer/handle the request. A copy of the completed Form shall be sent to the offender, the original shall be placed in the Offender File.

*Exhibit E*

# LCS CORRECTIONS SERVICES, INC.

## OFFENDER GRIEVANCE

## SOUTH LOUISIANA CORRECTIONAL CENTER

Is this an emergency grievance?    Yes _____    No _X_

OFFENDER'S NAME *Ricky Grice #A142526* ___ LOCATION *Tiger L/b #2*

Time & Date of Incident: *11·06* ___ Location of Incident: *Bearcat, Wolf*

Name & Location of Witnesses: *Glen Sales, Anthony Lewis, Preston Farris, Nicholas Lyle*
*Willie Morse, Centorian Nurse, Ricky McIntosh*

Name of Personnel Involved: _____

Summary of Complaint: *Since Alabama inmates arrived here at SLCS our fourth amendment has and is being violated. For 24 hours a day "female" officials sit idle positioned in the dorm Cubicle, facing the showers, urinals, and toilets. We do "retain a limited expectation of Privacy" in our bodies. Cite 963 F2d 912, 916 (10th cir 92) causing "security risk" due to inmates baring others "while they masturbate," to refrain from the utilities. Arguments Erupt between inmates. The females are failing to observe the many fights and assaults That have occured in the dorm.*

Specific Relief Desired: *while the majority employed here are female. A Male official should be given equal amount of time in Cubicle duties.*

Today's Date: *12-3-06* ___ Offender's Signature: *Ricky L. Grice*

---

Grievance #: _____    Date Rec'd: _____

Type: _____    Screened / _____

Policy/Procedure Challenged? Yes _____ No _____

_____ Hold pending decision in grievance # _____

_____ Accepted and Referred to _____

_____ Rejected/Returned for the following reason: _____

_____

Date: _____    Warden or Designee Signature: _____

Exhibit F-1

# LCS CORRECTIONS SERVICES, INC.

## OFFENDER GRIEVANCE

## SOUTH LOUISIANA CORRECTIONAL CENTER

Is this an emergency grievance?   Yes _X_   No ____

OFFENDER'S NAME _Ricky Grice 145526_ LOCATION _BC #3_

Time & Date of Incident: _11/15/06 9:30pm_   Location of Incident: _BC #3_

Name & Location of Witnesses: _Inmates of BC #3_

Name of Personnel Involved: _Day Shifts / Night Shifts_

Summary of Complaint: _With all respect, we ask that the Air be turned down in this dorm. We have informed/complained because we have to put all our clothes on to be warm even when tempertures are low out side its cold inside. Washing ones hair in this cold causes illness. This is violation of The Eigth Amendment (see case) Gaston v. Coughlin 249 F. 3d 156 (2nd cir 2001)_

Specific Relief Desired: _Please adjust this Air to a comfortable tempt_

Today's Date: _11/16/06_       Offender's Signature: _Ricky L. Grice_

Grievance #: _06 - 500_                    Date Rec'd: **NOV 3 0 2006**

Type: _1000_                    Screened by: _WARDEN VIATOR_

Policy/Procedure Challenged? Yes _____ No _____

_____ Hold pending decision in grievance # _____

_____ Accepted and Referred to _____

_X_ (Rejected)/Returned for the following reason: _This is NOT an EMERGENCY and is a violation of the A.R.A which is subject to Disciplinary Action._

Date: **NOV 3 0 2006**   Warden or Designee Signature: _WARDEN VIATOR_

_A simple Request to the Major would have been the appropriate course of action._

# LCS CORRECTIONS SERVICES, INC.

## RESPONSE TO GRIEVANCE

## SOUTH LOUISIANA CORRECTIONAL CENTER

(1st Step Respondent – Reply and return to Warden or designee as quickly as possible, but no later than 15 days from the date you receive.)

Date Received: _____

Grievance:  Founded _____   Unfounded _____

Response: _____
_____
_____
_____
_____
_____
_____
_____
_____
_____

Action Taken/Recommended (If Founded): _____
_____
_____
_____

Disposition of Recommendation (If Founded): _____
_____
_____

Today's Date: _____ 1st Step Respondent Signature: _____

Instructions to Offender: If you are not satisfied with this response, you may proceed to Step Two by checking below and placing in the Grievance Box within five (5) days of your receipt of this response.

_____ I am not satisfied with this response and wish to proceed to Step Two.

Today's Date: _____ Offender's Signature: _____

*Exhibit F-2*

# LCS CORRECTIONS SERVICES, INC.

## OFFENDER GRIEVANCE

### SOUTH LOUISIANA CORRECTIONAL CENTER

Is this an emergency grievance?   Yes _✓_   No ____

OFFENDER'S NAME _Bearcat #3 Inmates_ LOCATION _Bearcat #3 · Dormitory_
_Ricky Grice #142526 et al._

Time & Date of Incident: _10/26/06_   Location of Incident: _Various areas in Dormitory_

Name & Location of Witnesses: _Alabama Inmates assigned to Bearcat #3_

Name of Personnel Involved: _Employees of Bearcat #3 (Supervisors)_
_Each Team (except C)_
This is a grievance under the Administration Remedy Procedure.

Summary of Complaint: _Since we have been here and had the first hard_
_Rain. We have Notified the officials of Bearcat Each Teams Supervisors_
_of the Rain comming in the dorm. Large amounts At the fire_
_Exit door, Ceiling, Between bunks 14-16 A puddle, Bunks 36-44,_
_49, 63 Also the front Area ceiling. (see attached page)_

Specific Relief Desired: _This dorm Needs prepared / The Tempature ajusted At A_
_comfortable Tempature. It's Extremely cold_

Today's Date: _10/26/06_   Offender's Signature: _Ricky Grice_

Grievance #: _____   Date Rec'd: _____

Type: _____   Screened by: _____

Policy/Procedure Challenged? Yes _____  No _____

_____ Hold pending decision in grievance # _____.

_____ Accepted and Referred to _____.

_____ Rejected/Returned for the following reason: _____

_____

_____

Date: _____  Warden or Designee Signature: _____

# LCS CORRECTIONS SERVICES, INC.

## RESPONSE TO GRIEVANCE

### SOUTH LOUISIANA CORRECTIONAL CENTER

(1ˢᵗ Step Respondent – Reply and return to Warden or designee as quickly as possible, but no later than 15 days from the date you receive.)

Date Received: _____

Grievance:  Founded _____   Unfounded _____

Response: _____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

Action Taken/Recommended (If Founded): _____
_____
_____
_____

Disposition of Recommendation (If Founded): _____
_____
_____

Today's Date: _____   1ˢᵗ Step Respondent Signature: _____

Instructions to Offender: If you are not satisfied with this response, you may proceed to Step Two by checking below and placing in the Grievance Box within five (5) days of your receipt of this response.

_____ I am not satisfied with this response and wish to proceed to Step Two.

Today's Date: _____   Offender's Signature: _____

# DAILY KITCHEN CALLOUT-SHEET

Exhibit -G

### B-TEAM

| NAME | Unit | | IN | OUT | IN | OUT | IN | OUT |
|---|---|---|---|---|---|---|---|---|
| Steve Montgomery | BC-1 | Cook | 1.30 AM | | | | | |
| Mark Colbert | G-5 | Cook | 1.30 am | | | | | |
| Robert Willis | G-6 | Baker | 11.30 pm | | | | | |
| Royce Johnson | G-5 | Baker | 11.30pm | | | | | |
| Timothy Wilson | E2 | Baker | 11.30 pm | | | | | |
| Carl Harris | G-5 | Prep | | | | | | |
| Robert Martina | G-5 | Prep-Buff. | 11.00 pm | | | | | |
| Alan White | G-5 | Trustee | 2.45 am | | | | | |
| Mark Morris | G-5 | Inventory | 5.30 am | | | | | |
| Erick Mitchell | G-6 | Inventory | 5.30 am | | | | | |
| | | | | | | | | |
| Carl Harris | G-5 | L/D | 8pm, 2:45am, 9am | | | | | |
| Arthur Theriot | G-5 | Buff. | after chow | | | | | |
| Richard Todd | B3 | Buff. | after chow | | | | | |
| Matthew Phoneix | G-6 | Compactor | 6.00am | | | | | |
| Ralph Nettels | BC-1 | Line | 4.30am | | | | | |
| David Mason | G-5 | Scullery | 4.30am | | | | | |
| Kenneth Jackson | G1 | Scullery | 4.30am | | | | | |
| Kevin Benjamin | W2 | Line | 4.30am | | | | | |
| Earnest Collins | W1 | Line | 4.30am | | | | | |
| Forace Graves | W1 | Line | 4.30 am | | | | | |
| Kevin Moore | W3 | Juice | 4.30am | | | | | |
| | | Juice | | | | | | |
| Gordon Stevens | G5 | **Scullery** | **4.30am** | | | | | |
| Nero Myers | E-1 | Clean-up | 4.30am | | | | | |
| Robert Rodgers | B-3 | Clean-up | 4.30am | | | | | |
| | | Floor | | | | | | |
| | E-3 | Clean-up | | | | | | |
| Otis Solomon | W-2 | Floor | 4.30 am | | | | | |
| Lee Harris | W-3 | Clean-up | 4.30 am | | | | | |
| Robert Nicholas | E-3 | Floor | 4.30 am | | | | | |
| Ronald Sumler | W2 | Clean-up | 4.30 am | | | | | |
| | | | | | | | | |
| | | 9-12-06--------9-13-06 | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

(INMATES THAT ARE LISTED IN UNITS E AND G ARE LOUIS-
IANA INMATES.)  ALABAMA INMATES ARE UNITS Bc, B, AND W.)

Bear Cat

Richard Malone BC-14
F Walts          BC 2 - 42
J. Glover        BC 3  24
Duane B Williams BC 3 69
M Grindly        BC 2·51

B. allison
J. Minick

Monday

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

```
                          *
Ricky L. Grice,           *
Timothy Watters,          *    Timothy Tucker #228382
Centorian Nance,          *
Torey Beasley,            *
Alabama Inmates, et, al.  *
         Plaintiffs,      *

                          *
                          *
Vs.                       *    Civil Action NO: 2:07 CV 189-MHT
                          *
                          *

                          *
Governor Katherine Blanco,*
Owner- Pat LeBlanc,       *
Governor Bob Riley,       *
Prison Commissioner Richard*
Allen, In teir Individually &*
Officail Capacities,      *
         Defendants,      *

                          *
                          *
                          *
```

## DECLARATION

_____

✗ Timothy Tucker_____, hereby Declares:


I am one of the Alabama inmates that work in the LCS Kitchen, and there was an Official, Sgt Johnson whom had a very bad habbit of calling the inmate kitchen workers from Alabama "Nigger," and using the terms "Black ass."  Sometime in the middle of this month Febuary he called an inmate by the name Kyron Willaims a nigger and then had him locked up in the segragation cells. Today Febuary 26, 2007 inmate Williams is still in the lock down cells.  This Sgt. Johnson, also was involved in a alleged arrest of two Louisiana inmates accussed of urinating in the food.  Now Sgt. Johnson is not working at LCS any longer to my knowledge.


I declare under the penalty of perjury that the foregoing is true and correct. Dated this 26 day of Febuary 2007, at Basile, La. 70515.


                              ✗ Timothy Tucker_____
                              /Declarant

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

Ricky L. Grice,
Timothy Watters,                                    Clifton Love #200708
Centorian Nance,
Torey Beasley,
Alabama Inmates, et, al.
         Plaintiffs,

Vs.                                                 Civil Action NO: _____

Governor Katherine Blanco,
Owner-Pat LeBlanc,
Prison Commissioner Richard
Allen,
Governor Bob Riley In their Ind-
ividually and Official Capacities
         Defendants,

---

## DECLARATION

*Clifton Love* _____, hereby Declares:

I am an Alabama inmate that was assigned to Dorm "Lake",
in the year 2006 and the month of March.  I did observe the
I.N.S. inmates sleeping on the mattresses on the floor of the
dorm infront of the rest room area.  I was also one of the inmat-
es, that were made to strip search infront of three female offic-
ers.  My radio head set Pro-35 were taken and when I tried to
speak to the officials about the headset they locked me up in
the two man segragation cell.  Still never returning my headset.
I was never told why my property was being confiscated.  Yet
upon our arrival we were permitted to have these items.  Several
of the Louisiana inmates that worked as "Trustees," were later
saling things that were taken from us to other inmates.


I declare under the penalty of perjury that the foregoing is
true and correct.  Dated this 25 day of February 2007,
at Basile Louisiana. 70515.

*Clifton Love*
Decarant

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

|  |  |  |
|---|---|---|
| | * | |
| | * | |
| Ricky L. Grice, | | |
| Timothy Watters, | * | Jackie D. Kelley #140194 |
| Centorian Nance, | * | |
| Torey Beasley, | | |
| Alabama Inmates, et, al. | | |
| Plaintiffs, | * | |
| | * | |
| | | |
| | * | |
| VS. | * | Civil Action NO:_____ |
| | * | |
| | * | |
| Governor Bob Riley, | | |
| Governor Katherine Blanco, | * | |
| Owner- Pat LeBlanc, | * | |
| Prison Commissioner Richard | * | |
| Allen, In their Individually & | * | |
| Officail Capacities, | | |
| Defendants, | * | |
| | * | |
| | * | |
| | | |
| | * | |
| | * | |

## DECLARATION

_____

Jackie D. Kelley , hereby Declares:

In the early months of the year 2006, upon my arrival here at Basile's LCS Facility I was one of the Alabama inmates forced to strip search infront of "ON THE JOB TRAINEES."

They consisted of several female trainees and they were not yet in uniform. We were made to lift our testicals and turn arround, bend over and spread our buttocks before these trainees and a official with a camcorder.

I am also a practice the religion of Islam and Major Stiedel whom is over security has denied my prayer oils that I was perm-itted to recieve in Alabama, even after I was told that the oils could be recieved. There is no Chaplain at LCS facilities inwhich to co-ordinate religious activities. There is no chapel, at all and religious events are held in the dinning hall.

The authorities grant an inmate permission to recieve items in the mail. But change their minds and it come up missing before it reaches the inmates or it gets returned to sender. This was the same thing that happened with our incenitive boxes.

I declare under the penalty of perjury that the foregoing is true and correct. Dated this 24 day of February 2007, at Basile, La. 70515.

Jackie D. Kelley
Declarant

## IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF ALABAMA

Ricky L. Grice,                  *
Timothy Watters,                 *
Centorian Nance,                 *
Torey Beasley,                   *  Horace Wright# 166 203
Alabama Inmates, et, al.         *
      Plaintiffs,          *
                                 *
                                 *
                                 *
VS.                              *
                                 *  Civil action NO:_____
                                 *
Governor Katherine Blanco,       *
Owner- Pat LeBlanc,              *
Governor Bob Riley,              *
Prison Commissioner Richard      *
Allen, In their Individual &     *
Official Capacities,             *
      Defendants,          *
                                 *

### DECLARATION

_Horace J Wright_ , hereby Declares:

In the early part of 2006, upon my arrival at LCS Basile Facility
there was a major shake down conducted to which the Alabama
inmates where strip searched infront of several female trainees.
These trainees were still not in uniform but in civilian clothes.
There was also a CAMCORDER used durring the stip search.

I declare under the penalty of perjury that the foregoing is
true and correct.  Dated this 21 day of Fbruary 2007.
at Basile, La. 70515.

_Horace D Wright_
Declarant

IN THE UNITED STATES DISTRICR COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

Ricky Grice,
Timothy Watters,
Centorian Nance,
Torey Beasley,
Alabama Inmates, et, al.
          Plaintiffs,

        Ricky Grice

VS.

        Civil action NO:_____

Governor Katherine Blanco,
Owner- Pat LeBlanc,
Governor Bob Riley,
Prison Commissioner Richard
Allen, In their individually &
official capacities,
          Defendants

## DECLARATION

Ricky L. Grice #142526 , hereby declares:

In the month of March, April, and several months thereafter of the year 2006. I observed as many as (8) eight I.N.S. inmates at the LCS Pine Prairie in the dorm "Lake", sleeping on their mattresses on the floor infront of a 4.5 foot wall standing infront of the restroom utilities. I was assigned to the "Lake", dorm when the "Tag Team", from Basile Louisiana, came and had the Alabama inmates strip infront of three female officials. Making us stand infront of these women and raise our testicles, turn arround and bend over and spread our buttocks while bending over. We were then forced to stand 70 inmates in the small shower and restroom area facing the wall, while the "tag team", confiscated our personal items that we were permitted to enter the facility with. Radios and headsets were taken also Mach3 razzors and even items that were purchase from LCS' canteen. The tension between inmates has been severe, and several assault in the dorms, that have gone undetected by the gaurds, even though they are supose to have working surveillance camereas in each dorm. I was in the dinning hall on January 13th 2007, when two inmate were ingaged in a physical confronta- tion, one was from Louisiana and one from Alabama. The inmates that were there for the chapell services had to restrain the two for the officer. Upon my belief Louisiana inmates are not teste for communtable diseases- and therefor should have never been intergrated with the Alabama inmates at any time.
On Febuary 16th 2007 at 1:10pm I was in the Law library and I observed Captain Ivery use physical force on a Louisiana inmate that was not in any way resisting his being locked up. Several of the officials came and stood infront of the inmate while Captain Ivery Choked the young inmate out.

The inmate had hand cuffs on.  therefore there was no just cause to use the physical force the Captain Ivory used on him.

Under the penalty of perjury the foregoing is true and correct.

Executed on this _17_ day of _____,2007 at Basile, Louisiana.

_____
Declarant

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA

Ricy L. Grice,
Timothy Watters,
Centorian Nance,
Torey Beasley,
Alabma Inmates, et, al.
                     Plaintiffs,

     Torey Beasley

VS.

     Civil Action NO:_____

Governor Katherine Blanco,
Owner- Pat LeBlanc,
Governor Bob Riley,
Prison Commissioner Richard
Allen, In their individually &
officail capacities,
                     Defendants,

## DECLARATION

_Torey Beasley_ #232790 hereby Declares:

Durring the late summer months and the month of December 2006
I went to segragation lockdown cells.  On both occassions I
was placed in the cells with Louisiana Inmates.  The first time
was with two Louisiana inmates Kevin Myers, and Darius Price.
The second time I was in a segragation cell with a Louisiana
inmate whose name was Reginald, but I can not recall his last
name.  It is a common practice that several inmates are locked
in the two man cells.  Regardless to if you are from Alabama
or Louisiana.  THey will have some inmates sleep on the matt-
resses on the floor, disregarding your head being up by the
toilets in the cell.

Under the penalty of perjury the foregoing is true and correct.

Executed on this _17_ day of _February_ 2007 at Basile,
Louisiana.

_Torey Beasley_
Declarant

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

|  |  |
|---|---|
| Ricky Grice,<br>Timothy Watters,<br>Oentorian Nance,<br>Torey Beasley,<br>Alabama Inmates, et, al.<br>        Plaintiffs, | *<br>*<br>*<br>*  Reginald Conner #221955<br>*<br>*<br>*<br>* |
| VS. | *  Civil action NO:_____ |
| Governor Katherine Blanco,<br>Owner- Pat LeBlanc,<br>Governor Bob Riley,<br>Prison Commissioner Richard<br>Allen, In their Individualy &<br>Officail Capacities,<br>        Defendants, | *<br>*<br>*<br>*<br>*<br>*<br>*<br>* |

### DECLARATION

_Reginald J Conner_, hereby Declares:

I had to serve  thirty-days in the segragation two man cells
in the lock down unit of dorm "Bearcat", cell #3.  The officails
durring my 30 days ~~off and on~~ kept atleast three inmates in
this cell with one on the floor with a matress.  My first ten
days I was on the mattress on the floor.  When one of the three
inmates was released I was able to move to the bunk bed.  The
C-Team Lt. did not make his thirty-minute rounds to check on
any of the inmates as procedures instruct the officails to.
One of the inmates were from Louisiana, that was assigned to
this cell.  They mix Alabama and Louisiana in these cells like
this as a regular practice.  There is no natural light in these
cells because the windows have been painted over.  When C-Team
is working a inmate has to kick the cell door if he needs some
kind of assistance from an officail.  The mixing of Alabama
and Louisiana is a security hazzard.

I declare under the penalty of perjury that the forgoing is true
and correct.  Dated this _19_ day of _Febuary_,2007 at Basile,
Louisiana.

_Reginald J Conner_
Declarant

IN THE UNTITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

Ricky L. Grice,　　　　　　*
Timothy Watters,　　　　　*　　Reynard Ford #200698
Centorian Nance,　　　　　*
Torey Beasley,　　　　　　*
Alabama Inmates, et, al.　*
　　　　Plaintiffs,　　　　*
　　　　　　　　　　　　　*
　　　　　　　　　　　　　*
VS.　　　　　　　　　　　 *
　　　　　　　　　　　　　* Civil action NO:_____
　　　　　　　　　　　　　*
　　　　　　　　　　　　　*
Governor Katherine Blanco,　*
Owner- Pat LeBlanc,　　　　*
Governor Bob Riley,　　　　*
Prison Commissioner Richard *
Allen, In their Individually & *
Official Capacities,　　　　*
　　　　Defendants,　　　　*
　　　　　　　　　　　　　*
　　　　　　　　　　　　　*

## DECLARATION

Reynard Ford_____, hereby Declares:

I am one to the many Alabama inmates that were housed in the
LCS Basile facility in a segragation two man cell with five
inmates. to which we slept on mattresses on the floor by the
toilet.

I declare under the penalty of perjury that the foregoing is
true and correct. Dated this _20_ day of _February_,2007.
at  Basile La. 70515.

Reynard Ford_____
Declarant

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

```
Ricky L. Grice,                      *
Timothy Watters,                     *
Centorian Nance,                     *
Torey Beasley,                       *    Centorian Nance
Alabama Inmates, et, al.             *
         Plaintiffs,                 *
                                     *
                                     *
                                     *
VS.                                  *
                                     *    civil action NO:_____
                                     *
Governor Katherine Blanco,           *
Owner- Pat LeBlanc,                  *
Governor Bob Riley,                  *
Prison Commissioner Richard          *
Allen, In their Individually &       *
Officail Capacities,                 *
         Defendants,                 *
```

## DECLARATION

x _Centorian Nance_____  hereby Declares:

I am one of the many Alabama inmates that were placed in the
segragation two man cells with more than two inmates housed
in the cell at one time. On both occasions the inmates from
Louisiana were housed with me in the cell.  Some of us slept
on the matteress on the floor.  Even by the toilet, because
there isn't alot of room.
When we were permitted to go outside for excersice we were out
on the yard locked in a fenced in area with the Louisiana inm-
ates. ( The General Populations Excercise yard time.)


I declare under the penalty of perjury that the forgoing is
true and correct.  Dated this _19th_ day of _FEBRUARY_____,2007.
at Basile, Louisiana.

x _Centorian Nance_____
        Declarant

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

Ricky L. Girce,                     *
Timothy Watters,                    *     Anthony Lewis #AIS 220931
Centorian Nance,                    *
Torey Beasley,                      *
Alabama Inmates, et, al.
          Plaintiffs,               *
                                    *

Vs.                                       Civil Action NO:
                                    *
                                    *

Governor Katherine Blanco,          *
Owner- Pat LeBlanc,                 *
Governor Bob Riley,
Prison Commissioner Richard         *
Allen, In their Individually &      *
Official Capacities,
          Defendants,               *
                                    *

                                    *
                                    *

DECLARATION

_____Anthony Lewis_____, hereby Declares:


I am a Alabama inmate being housed here at LCS Basile.
Since I have been here our excercise yard time has been sharred
with the Louisiana inmates.
At Pine Prairie, I was one of the inmates made to undress infront
of several female officers.



I declare under the penalty of perjury that the foregoing is
true and correct. Dated this 21 day of February 2007.
at Basile, La. 70515.

                    Anthony Lewis
                    Declarant