- Print your name and address on the reverse
  so that we can return the card to you.
- Attach this card to the back of the mailpiece,
  or on the front if space permits.

Item 4 if Restricted Delivery is desired.

ms 1, 2, and 3. Also complete

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____

B. Received by ( Printed Name )     ☐ Agent
   Stansbury                        ☐ Addressee

C. Date of Delivery  4-9-07

1. Article Addressed to:

Clerk of Court
U.S. District Ct.
Suite 2100
800 Lafayette St.
Lafayette, LA 70501

D. Is delivery address different from item 1?  ☑ Yes
   If YES, enter delivery address below:       ☐ No

07 CV 198 Entire
07 CV 199 file
Transfer

3. Service Type
   ☑ Certified Mail     ☐ Express Mail
   ☐ Registered         ☐ Return Receipt for Merchandise
   ☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)            ☐ Yes

2. Article Number
   (Transfer from service label)

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540