IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

Torey Beasley
  Plaintiff,

vs.

Civil Action No.

2:07-cv-198-MHT(WO)

Kathleen Babineaux Blanco,
Governor, State of Louisiana,
In her Official Capacity,
et al.,

### Notice Of Appeal

Notice is hereby given that Torey Beasley, Plaintiff, hereby appeals to the United States Court Of Appeals for the 11th Circuit from an order and final judgement entered in this action on the 4th day of April, 2007.

            Torey Beasley #232790
            Bearcat #4-14
            South Louisiana Cor. Center
            3843 Stagg Avenue.
            Basile, La. 70515

cc:file

Torey Beasley #A232790
L.C.S BCAT#4-14
38343 Stagg Avenue
Basile, La. 70515

LEGAL MAIL-

LAFAYETTE LA 705
25 APR 2007 PM 2 L



36101+0711

Clerk of the Court
Ms. Debra Hackett
United States Disrtict Court
Post Office Box 711
Montgomery, Alabama.
36101-0711