IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT



FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

JUN 1 3 2007

THOMAS K. KAHN
CLERK

_____

No. 07-12118-C
_____

TOREY BEASLEY,

Plaintiff-Appellant,

versus

KATHLEEN BABINEAUX BLANCO,
Governor of the State of Louisiana,
in her official and individual capacities,
PAT LE BLANC,
Owner of LCS, Louisiana Correctional Service, Inc.
and South Louisiana Correctional Center,
in his official and individual capacities,
BOB RILEY,
Governor of the State of Alabama,
in his official and individual capacities,
RICHARD ALLEN,
Commissioner for Alabama Department of Corrections,
in his official and individual capacities,

Defendants-Appellees.

_____

Appeal from the United States District Court for the
Middle District of Alabama

_____

Before ANDERSON and BARKETT, Circuit Judges.

BY THE COURT:

     This appeal is DISMISSED in part and MAY PROCEED in part.  The appeal is

DISMISSED, sua sponte, for lack of jurisdiction as to the portion of the district court's April 4, 2007, order that transferred Torey Beasley's claims regarding the conditions of confinement at the Louisiana prison to the United States District Court for the Western District of Louisiana. See Dobard v. Johnson, 749 F.2d 1503, 1507 (11th Cir. 1985); Roofing and Sheet Metal Servs., Inc. v. LaQuinta Motor Inns, Inc., 689 F.2d 982, 987 (11th Cir. 1982); Stelly v. Employers Nat'l Ins. Co., 431 F.2d 1251, 1253 (5th Cir. 1970). However, with respect to the district court's dismissal of Beasley's remaining claims, the appeal MAY PROCEED. See 28 U.S.C. §§ 1291, 1292; Atl. Fed. Sav. & Loan Ass'n v. Blythe Eastman Paine Webber, Inc., 890 F.2d 371, 375-76 (11th Cir. 1989); Schuurman v. Motor Vessel Betty K V, 798 F.2d 442, 444-45 (11th Cir. 1986); Czeremcha v. Int'l Ass'n of Machinists and Aerospace Workers, AFL-CIO, 724 F.2d 1552, 1554 (11th Cir. 1984); Pitney Bowes, Inc. v. Mestre, 701 F.2d 1365, 1368 (11th Cir. 1983).

No motion for reconsideration may be filed unless it complies with the timing and other requirements of 11th Cir.R. 40-4 and all other applicable rules.