IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 07-12118-C

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
AUG 29 2007
THOMAS K. KAHN
CLERK

TOREY BEASLEY,

Plaintiff-Appellant,

versus

KATHLEEN BABINEAUX BLANCO,
  Governor, of the State of Louisiana, in her
  official and individual capacities, et al.,

Defendants-Appellees.

---

Appeal from the United States District Court for the
Middle District Of Alabama

---

ENTRY OF DISMISSAL

Pursuant to the 11th Cir.R.42-1(b), this appeal is hereby dismissed for want of prosecution because the appellant has failed to file a motion for leave to proceed on appeal within the time fixed by the rules, effective this 29th day of August, 2007.

THOMAS K. KAHN
Clerk of the United States Court
of Appeals for the Eleventh Circuit

By: Pam Holloway
    Deputy Clerk

FOR THE COURT - BY DIRECTION

ORD-40